**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BEKA ONE LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 5:23-cv-00064-XR** |
| | § | |
| **RLI INSURANCE COMPANY,** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Beka One, LLC, Plaintiff in the above-styled and numbered cause of action, and hereby file Plaintiff's Designation of Expert Witnesses, in keeping with Federal Rules of Civil Procedure and all governing Local Rules of the Western District and of this Honorable Court. As such, all of the following expert witnesses are also hereby designated as persons with knowledge of relevant facts.

## I.
## EXPERTS DESIGNATED BY PLAINTIFF

Plaintiff hereby designates the following persons as testifying experts on its behalf. Plaintiff reserves its right to call at trial, either by subpoena or deposition, all persons listed within this Expert Designation, as well as any supplements and amendments thereto. In addition, Plaintiff reserves its right to use all or a portion of such expert testimony for factual purposes or for any other purpose at the time of trial.

**<u>Plaintiff's Retained Experts</u>**:

1. Phil Mayfield
   c/o Mayfield Building Envelope Consultants
   Principle Consultant
   P.O. Box 140390
   Dallas, Texas 75214
   817-572-4747

Mr. Mayfield is a roofing specialist and consultant, and an expert in the area of causation between Plaintiff's damages and the precipitating weather event. Mr. Mayfield's testimony will address all topical areas contained within any and all expert affidavits and reports, both original and supplemental, created by this expert regarding the subject property, as well as any topics addressed by this expert within any deposition testimony he provides.

Mr. Mayfield's testimony will include, but not be limited to the date on which the precipitating event occurred, the effect of the subject weather event in this matter upon the subject property, and the structural damage, both actual and consequential, that resulted from the same. Mr. Mayfield may also offer rebuttal testimony as to any and all competing experts presented by any other party to this matter. Furthermore, in compliance with the Federal Rules of Civil Procedure, all additional required materials in regard to this expert are attached hereto or will be supplemented accordingly.

See Exhibit A: Phil Mayfield Expert Affidavit, Report, and CV.

Plaintiff reserves its right to supplement and/or amend any of the opinions, findings and/or conclusions contained within any expert report provided, pursuant to the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

2. Art Boutin
4507 Walton Health Circle
Austin, Texas 78747
573-836-4455

Mr. Boutin is a roofing specialist and expert estimator. Mr. Boutin's testimony will address all topical areas contained within any and all expert estimates, affidavits, estimates, and/or reports, both original and supplemental, created by this expert regarding the subject property, as well as any topic addressed by this expert within any deposition testimony he provides.

Mr. Boutin's testimony may include, but not be limited to the date on which the precipitating event occurred, the effect of the subject weather event in this matter upon the subject property, the structural damage, both actual and consequential, that resulted from the same and the resulting calculation of damages to said property. Mr. Boutin may also offer rebuttal testimony as to any and all competing experts presented by any other party to this matter. As the discovery progresses, Mr. Boutin will take into account new, relevant information and may supplement, amend or otherwise refine his opinions.

See Exhibit B: Art Boutin Expert Affidavit, Report and CV.

Plaintiff reserves its right to supplement and/or amend any of the opinions, findings and/or conclusions contained within any expert report provided, pursuant to the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

3. Scott G. Hunziker
Zerbe, Miller, Fingeret, Frank & Jadav LLP
3009 Post Oak Blvd., Suite 1700
Houston, Texas 77056

713-350-3523

Mr. Hunziker will offer testimony in regard to any of Plaintiff's claims for reasonable and necessary attorney's fees in this matter. Mr. Hunziker may also offer rebuttal testimony to any and all competing experts presented by any other party to this matter in regard to attorney's fees. See Exhibit C containing: (1) Scott Hunziker's Expert Affidavit; (2) Curriculum Vitae; and (3) List of cases during the previous four (4) years in which he provided trial or deposition testimony.

Plaintiff reserves its right to supplement and/or amend any of the opinions, findings and/or conclusions contained within any expert report provided, pursuant to the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

**<u>Plaintiff's Non-Retained Experts:</u>**

1. Julie Needham
   Needham Rice & Associates LLC
   727 S Dallas Ave
   Lancaster, Texas 75146
   800-972-4771

Needham Rice & Associates LLC is a public adjuster. Julie Needham is the agent, representative and/or employee of Needham Rice & Associates LLC who will provide testimony addressing all topical areas contained within any and all estimates and/or reports, both original and supplemental, created by Needham Rice & Associates LLC regarding the subject property, as well as any topic addressed by it within any deposition testimony it may provide.

The testimony of Julie Needham with Needham Rice & Associates LLC will include, but not be limited to, the date on which the precipitating event occurred, the effect of the subject weather-related event, upon the subject property, and the structural damage, both actual and

consequential, that resulted from the same, and the resulting calculation of damages to said property and the estimated cost of repairs of the damaged property. Robert Rice may also offer rebuttal testimony as to any and all competing experts presented by any other party to this matter. See Exhibit D for the estimate authored by Needham Rice & Associates LLC. Furthermore, in compliance with the Federal Rules of Civil Procedure, all additional required materials in regard to this expert, if necessary, will be supplemented accordingly.

Plaintiff reserves its right to supplement and/or amend any of the opinions, findings and/or conclusions contained within any expert report provided, pursuant to the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

## II.

## OTHER PARTIES' EXPERTS

Plaintiff hereby further designates and reserves the right to call at trial, either by subpoena or deposition, all persons designated by any other party within this lawsuit, to provide expert testimony at the time of trial. Plaintiff is not necessarily adopting any or all of the opinions of such individuals, agreeing that they are qualified experts under Federal and local laws. This includes any individual who is at any time de-designated by any other party in this matter.

## III.

## RIGHT TO DESIGNATE/DE-DESIGNATE

Plaintiff reserves its right to designate additional experts as allowed by Court Order, the Federal Rules of Civil Procedure, and governing Local Rules or agreements between the parties. Plaintiff further reserves its right to de-designate any experts included herein, or to classify them as consulting experts, in accordance with Federal law.

Respectfully submitted,

*/s/ Jacob S. Langley*
Jacob S. Langley
Georgia Bar No.: 713503
Zerbe, Miller, Fingeret, Frank
& Jadav LLP
3009 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 513-8152
Facsimile: (713) 350-3607
jlangley@zmflaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, a true and correct copy of the foregoing document was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure, as follows:

Greg K. Winslett
Richard L. Smith, III
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
gwinslett@qslwm.com
rlsmith@qslwm.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Jacob S. Langley*
Jacob S. Langley