**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BEKA ONE LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. SA-23-CV-00064-XR** |
| | § | |
| **RLI INSURANCE COMPANY,** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Beka One, LLC, Plaintiff in the above-styled and numbered cause of action, and hereby file Plaintiff's Supplemental Designation of Expert Witness, in keeping with Federal Rules of Civil Procedure and all governing Local Rules of the Western District and of this Honorable Court. As such, all of the following expert witnesses are also hereby designated as persons with knowledge of relevant facts.

## I.
## SUPPLEMENTAL EXPERT DESIGNATED BY PLAINTIFF

Plaintiff hereby designates the following person as testifying experts on its behalf. Plaintiff reserves its right to call at trial, either by subpoena or deposition, all persons listed within this Supplemental Expert Designation. In addition, Plaintiff reserves its right to use all or a portion of such expert testimony for factual purposes or for any other purpose at the time of trial.

**Plaintiff's Retained Expert**:

Art Boutin
4507 Walton Health Circle
Austin, Texas 78747
573-836-4455

Mr. Boutin is a roofing specialist and expert estimator. Mr. Boutin's testimony will address all topical areas contained within his estimate and supplemental report, created by this expert regarding the subject property, as well as any topic addressed by this expert within any deposition testimony he provides.

Mr. Boutin's testimony may include, but not be limited to the date on which the precipitating event occurred, the effect of the subject weather event in this matter upon the subject property, the structural damage, both actual and consequential, that resulted from the same and the resulting calculation of damages to said property. Mr. Boutin may also offer rebuttal testimony as to any and all competing experts presented by any other party to this matter. As the discovery progresses, Mr. Boutin will take into account new, relevant information and may supplement, amend or otherwise refine his opinions.

See Exhibit B: Art Boutin Expert Report, Estimate and CV.

Plaintiff reserves its right to supplement and/or amend any of the opinions, findings and/or conclusions contained within any expert report provided, pursuant to the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

**II.**

**OTHER PARTIES' EXPERTS**

Plaintiff hereby further designates and reserves the right to call at trial, either by subpoena or deposition, all persons designated by any other party within this lawsuit, to provide expert testimony at the time of trial. Plaintiff is not necessarily adopting any or all of the opinions of such individuals, agreeing that they are qualified experts under Federal and local laws. This includes any individual who is at any time de-designated by any other party in this matter.

**III.**

**RIGHT TO DESIGNATE/DE-DESIGNATE**

Plaintiff reserves its right to designate additional experts as allowed by Court Order, the Federal Rules of Civil Procedure, and governing Local Rules or agreements between the parties. Plaintiff further reserves its right to de-designate any experts included herein, or to classify them as consulting experts, in accordance with Federal law.

Respectfully submitted,

*/s/ Jacob S. Langley*

Jacob S. Langley
Georgia Bar No.: 713503
Zerbe, Miller, Fingeret, Frank
& Jadav LLP
3009 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 513-8152
Facsimile: (713) 350-3607
jlangley@zmflaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, a true and correct copy of the foregoing document was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure, as follows:

Greg K. Winslett
Richard L. Smith, III
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
gwinslett@qslwm.com
rlsmith@qslwm.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Jacob S. Langley*
Jacob S. Langley