# ROOF SURVEY REPORT

# Beka One, LLC

903 East Bitters Road, San Antonio, Texas




**S-to-N view by Google Earth.**

**Prepared by**

Mayfield Building Envelope Consultants



EXHIBIT
A

# TABLE OF CONTENTS

**SECTION CONTENTS**


| SECTION | CONTENTS |
|---|---|
| 1 | COVER LETTER |
| 2 | INTRODUCTION |
| 3 | INVESTIGATIVE METHODOLOGY |
| 4 | ROOF OVERVIEW |
| 5 | OBSERVATIONS |
| 6 | WEATHER CONSIDERATIONS |
| 7 | MBEC REVIEW of NELSON REPORT |
| 8 | DISCUSSION, CONCLUSIONS, RECOMMENDATIONS |
| 9 | PHOTOS |
| 10 | REFERENCES |

Mayfield
Building Envelope Consultants

ROOFING & WATERPROOFING ANALYSIS
P.O. Box 140390, Dallas, Texas 75214
817-572-4747

# Roof Survey Report

**Date** 08/16/2023

**Client** Alexander Siersdorfer
Zerbe Miller Fingeret Frank & Jadav, LLP (ZMFFJ)
3009 Post Oak Boulevard, Suite 1700
Houston, Texas 77056

**Phone** 346.451.5988

**E-mail** ASiersdorfer@zmflaw.com

**Prepared by** Phil Mayfield - Principal Consultant

**Subject** Beka One – San Antonio Shopping Center Roof

Dear Mr. Siersdorfer:

At the request of ZMFFJ, Mayfield Building Envelope Consultants (MBEC) made a site visit to designated complex on August 8, 2023, located at 903 East Bitters Road, San Antonio, Texas.

The purpose of the site visit was to inspect roof sections, identify any anomalies, determine if there was functional damage, and determine the likely cause e.g., manufacturing defects, normal age and weathering, man-made abuse, or storm events.

Roof access was via ladder provided by Needham Rice & Associates, Public Adjusters.

At the time of the inspection, weather was warm, partly cloudy, and with light winds.

On the following pages are summaries of roof construction and observed conditions, reviews of reports by others, and photos of representative conditions. Also included are our analysis, conclusions, and recommendations.

Should relevant additional information become known to MBEC, we reserve the right to revise this report and its conclusions. In that event, MBEC will immediately provide client with the revised version. Only MBEC has the authority to amend this report.

Once you have had an opportunity to review our report, please let me know if there are questions.

Respectfully yours,

Phil Mayfield
Principal Consultant

**specialists in building envelope analysis and solutions**

# INTRODUCTION

Mayfield Building Envelope Consultants (MBEC) was retained by Zerbe Miller Fingeret Frank & Jadav, LLP (ZMFFJ) to evaluate designated roofs covering a commercial complex owned by Beka One, LLC and located at 903 East Bitters Road, San Antonio, Texas.

Our investigation and report are provided in response to a claim submitted to RLI Insurance Company (RLI) after the property sustained damage from a weather event containing severe hail and storm winds on or around May 27, 2020.

Our findings and opinions are based, in part, on the following:

1. Site visit on August 8, 2023
2. Interview with Needham Rice & Associates and tenants
3. Review of 3rd-party weather reports
4. Review of inspection reports by Nelson Forensics, LLC
5. Review of documents provided by ZMFFJ e.g.,
    - 2023.01.17 Plaintiffs Original Complaint
    - 2023.02.09 Defendants Answer
    - BEKA 000001 - 000076 - 2018.11.02 BBG Property Assessment
    - Policy - Roofing - Cosmetic Exclusion

On or around May 27, 2020, Bexar County and the city of San Antonio were engulfed by multiple storm cells containing hail reported to be up to 4.0 inches in diameter. That is four times the size considered “severe.” This weather event caused extensive property damage to a commercial shopping center complex owned by Beka One, LLC. These facts were not disputed by RLI. In fact, RLI’s third-party consultant, Nelson Forensics (Nelson), acknowledged some storm damage and agreed that it was consistent with the date of loss. Much of the damage, however, was reportedly denied by RLI, who claimed there was no functional damage.

Our investigation found widespread evidence of traumatic impact consistent with hail and/or windblown projectiles on or around the date of loss. Evidence of storm-caused damage included conspicuous indentations (dents) on HVAC fins covering coils, dents on other metal appurtenances, cut/punctured EPDM roof membrane, and punctured/crushed roof insulation board. Further evidence included numerous roof leaks in interior spaces; leaks that originated during or after the date of loss, according to tenants.

The observed functional damage included:

- Damaged HVAC fins, which are not produced with a flat profile. Fin shape is a proprietary design that cannot be replicated by using a comb to straighten them. While combing may temporarily improve airflow, it is a makeshift effort that cannot restore units to pre-damage profile or efficacy.
- Cuts and punctures in the EPDM rubber roof membrane. With each rainstorm since the date of loss, rainwater has had openings through which to infiltrate the roof assembly and building interior. There is no acceptable amount of water within a roof assembly.
- Gouges, tears, and crushing of the rigid foam insulation board, to which the roof membrane was attached. Damaged insulation board can result in reduced wind uplift resistance, reduced thermal efficacy (R-value), and reduced resistance to future hail damage.

The observed damage did not appear to be the result of inadequate design, installation, maintenance, neglect, or manufacturing defects. The cause of the observed anomalies was more than likely traumatic impact from hail and/or windblown projectiles during storms on or around the date of loss.

The author of this report has been employed by roofing manufacturers, attended clinics by other manufacturers, and performed thousands of inspections to all types of roofs and exterior walls. Many of those inspections were to verify compliance with architects' and manufacturers' installation requirements. He is a trained and active RICOWI[1] investigator with many years of experience on RICOWI's Hail Investigation Team and Wind Investigation Team. He is Chairman of RICOWI's Storm Investigation Program, as well as the Education Committee. Mr. Mayfield has over 35 years of experience investigating and analyzing storm damage and other causes of building envelope anomalies, defects, and failure.

---

[1] **RICOWI** (See "References" at end of report)

# INVESTIGATIVE METHODOLOGY

When surveying the building envelope, it is important to do so in a fair, honest, and impartial manner, considering all relevant factors, in the spirit of the Scientific Method*. Effective analysis is a combination of education, training, experience, and unbiased professional judgment.

Mayfield Building Envelope Consultants attempts to consider each of the following when evaluating building envelopes and analyzing anomalies.

- CONSTRUCTION – This includes not only the type of materials used, but how they are installed and what role they play in preventing infiltration of air and moisture.
- AGE – Building age and roof age can both influence the performance of the building envelope.
- RELEVANT HISTORY – Has building usage changed? Has it been enlarged, causing structural alterations? Has the building envelope been damaged? Has the roof been replaced or repaired?
- DETERIORATION vs TRAUMA – Are existing anomalies due to natural deterioration or due to trauma (defined as mechanical or physical abuse)? If the latter, could it be weather-related, or is it definitely man-made?
- ENVIRONMENT – Not only ambient weather, but also proximity to trees, salt spray, or other possible damage sources.
- MAINTENANCE – Has the building envelope been adequately maintained? Are the observed anomalies or leaks due to inadequate maintenance? If so, how?

*Scientific Method

1. Observation
2. Formulation of a question
3. Hypothesis
4. Prediction
5. Testing
6. Analysis

# CONSTRUCTION OVERVIEW

The facility inspected for this report consisted of a one-story, L-shaped, commercial structure divided into multiple tenant spaces comprising a shopping center (Figure 1). The exterior shell was formed of concrete tilt-walls erected on a concrete slab foundation. Portions of the exterior were clad in masonry. The complex was reportedly completed in the mid-eighties.




**Figure 1: Aerial photo (Google Earth) with north at top. The focus of this report is the L-shaped building with six contiguous black roof sections separated by short walls.**

## ROOF CONSTRUCTION

Although the complex is one continuous building, the roof was divided into six sections separated by short walls. Adjacent roof sections have slightly different elevations.

Roofs were bordered by parapets and/or short walls capped with metal coping, other than the back of each roof, where metal drip edge and gutters serve as termination points for the roof system. Roof slope was front-to-back, approximately ¼:12.

The existing roof system, installed in late 2002, was as follows, from the top down:

- Ethylene propylene diene monomer (EPDM) rubber single-ply roof membrane and flashing.
- Polyisocyanurate ("iso") insulation board, one layer approximately 1.5-inches thick.
- Steel deck.
- Steel open-web joist structural framing.



**Figure 2: Cross section of a single-ply EPDM roof membrane installed over one layer of polyisocyanurate insulation board, which is attached to a steel deck.**

Roof slope was approximately ¼:12, overall, although various spots exhibited standing water, indicating slightly less slope or drainage impediments.

Roof penetrations and protrusions included mechanical equipment (HVAC and powered exhaust units), conduit, utility lines, penetration pockets (pitch pans), satellite dishes, and curbs.

**End of Roof Construction Summary**

# OBSERVATIONS

During our site visit the following conditions were observed.

1. **IMPACT DAMAGE to ROOFTOP HVAC UNITS** – Many rooftop units (RTUs) exhibited traumatic impact damage to the metal fins covering coils. RTU fins are designed and manufactured with unique shapes intended for the most efficient airflow and heat dissipation. When they are bent or compressed together, they no longer provide the original performance efficacy, even if the unit continues to function. While a makeshift repair is sometimes attempted by brushing fins with a special comb, pre-damage efficacy cannot be restored without fin/coil replacement. This type of damage is consistent with severe hail on or around the date of loss.
2. **IMPACT DAMAGE to METAL EXHAUST UNITS** – Metal exhaust units exhibited traumatic impact damage e.g., indentations, consistent with severe hail on or around the date of loss.
3. **LOOSE OBJECTS on ROOF** – Our inspection revealed numerous loose objects on the roof surface e.g., 4"x4" lumber, sheet metal, equipment stands, satellite dish, and conduit. Loose objects can become windblown projectiles during storms like those on the date of loss. Heavy objects, even without sharp edges, can damage the thin EPDM membrane and underlying insulation board when propelled by storm winds against or across the roof surface. Satellite dishes and equipment stands, even when connected with flexible conduit or cables, may become toppled and propelled by storm winds across the surface, causing cuts, punctures, tears, and gouges.
4. **IMPACT DAMAGE to EPDM ROOF MEMBRANE** – In various places the EPDM roof membrane exhibited gouges, cuts, and/or punctures consistent with traumatic impact with sharp or heavy objects. This material is very thin – approximately the thickness of three business cards – and easily cut and punctured. While most hailstones do not penetrate EPDM, large, dense hailstones with pointed projections can cause this type of damage. What is more common is windblown projectile damage from the strong winds associated with hailstorms, as loose objects are propelled across or onto the roof. This damage was consistent with storm conditions on or around the date of loss.
5. **IMPACT DAMAGE to INSULATION BOARD** – Core sampling revealed numerous anomalies, per square foot, of traumatic impact damage to underlying polyisocyanurate (iso) insulation board. Damage consisted of fractured/punctured facer and partial crushing of the iso. This damage can reduce thermal resistance and increase heat flow through it. It can also make the roof membrane less wind resistant and more susceptible to impact damage due to a reduction in support i.e., a fully supported membrane offers more resistance than an unsupported one.
6. **INTERIOR ROOF LEAKS** – There was conspicuous and widespread evidence of roof leaks in interior spaces e.g., stained ceiling tiles. Leaks reportedly began on or around the state of loss. While some of them were reduced or eliminated via emergency patches, some of them continue, according to tenants.

# WEATHER CONSIDERATIONS

The two most common types of weather that damage roofs are severe hail and storm winds. Even when hail appears to be the primary cause of damage, it is common for hailstorms to contain extremely damaging gale-force winds. The chart below has been used for more than 200 years to help categorize wind speeds and some of the common damage levels associated with them.

| Beaufort number | Wind Speed (mph) | Seaman's term | | Effects on Land |
|---|---|---|---|---|
| 0 | Under 1 | Calm | | Calm; smoke rises vertically. |
| 1 | 1-3 | Light Air | | Smoke drift indicates wind direction; vanes do not move. |
| 2 | 4-7 | Light Breeze | | Wind felt on face; leaves rustle; vanes begin to move. |
| 3 | 8-12 | Gentle Breeze | | Leaves, small twigs in constant motion; light flags extended. |
| 4 | 13-18 | Moderate Breeze | | Dust, leaves and loose paper raised up; small branches move. |
| 5 | 19-24 | Fresh Breeze | | Small trees begin to sway. |
| 6 | 25-31 | Strong Breeze | | Large branches of trees in motion; whistling heard in wires. |
| 7 | 32-38 | Moderate Gale | | Whole trees in motion; resistance felt in walking against the wind. |
| 8 | 39-46 | Fresh Gale | | Twigs and small branches broken off trees. |
| 9 | 47-54 | Strong Gale | | Slight structural damage occurs; slate blown from roofs. |
| 10 | 55-63 | Whole Gale | | Seldom experienced on land; trees broken; structural damage occurs. |
| 11 | 64-72 | Storm | | Very rarely experienced on land; usually with widespread damage. |
| 12 | 73 or higher | Hurricane Force | | Violence and destruction. |

**Figure 3: For over 200 years, the Beaufort scale[2] has correlated wind speeds with storm classifications.**

---

[2] **Beaufort Scale**

## HOW WIND CREATES UPLIFT DAMAGE

One of the destructive forces created by wind is uplift, which is the tendency of materials to be lifted into a wind-created vacuum (negative pressure). Uplift can be created by either of two physical conditions: loss of laminar flow, or increased wind speed. Both processes reduce air pressure immediately above the roof-covering material.

### Laminar Flow

Air flowing close to a surface is in a state called "laminar flow." According to the laws of physics, flowing air will try to maintain contact with a surface. When that surface bends or curves sharply, the air flow can't turn quickly enough to maintain contact, and it separates from the surface. We say that it "loses laminar flow." This creates a vacuum, and anything that can move will be lifted into that vacuum, if it is strong enough.[3]

Figure 4 shows how laminar flow creates the kind of uplift that can lift roofing materials and loose objects.




**Figure 4: Wind Uplift and Laminar Flow (InterNACHI [3])**

---

[3] **InterNACHI**

Another process that creates uplift is the interaction between a fixed vertical wall and wind approach speed because increased wind speed = lowered air pressure. Wind speed on the roof can be up to 2½ times the approach speed, which is the speed of the wind as it blows toward the structure. **Figures 5 & 6** illustrate how reduced air pressure from fast-moving air just above the surface of the roof also increases the amount of uplift.




**Figure 5: A 54 mph approach speed can create roof wind speed of 135 mph! (Image from InterNACHI)**

The illustration below is a side-view of how horizontal winds create both high- and low-pressure zones on a roof, rather than affecting only roof edges or ridges. When wind blows perpendicular to eaves and ridges uplift is created along the upwind side of the lower roof slope and along the downwind side of the ridge. These aerodynamics are true of both steep- and low-slope roofs.




**Figure 6: External Wind Pressure, side-view (Image from InterNACHI)**

**WEATHER RESEARCH (continued)**

Our review of data from NOAA weather reporting services (NCEI Storm Events[4], NCEI Severe Weather Data Inventory[5]), and StormerSite[6], revealed wind speeds of nearly 70 mph at nearby locations on the date of loss. Figure 7 shows a map with storm cells and the subject property, as well as estimated hail sizes on the date of loss.




**Figure 7: A gold icon (center of map) indicates the Beka One location. Magenta-colored globes represent nearby hail cells, with estimated sizes up to 4.0 inches in diameter (StormerSite[6]). Also refer to Figures 7 and 8.**

---

[4] **NCEI-SED**

[5] **NCEI-SWDI**

[6] **StormerSite**

**WEATHER RESEARCH (continued)**




**Figure 8: A close-up view of the same map shown in Figure 7 illustrates several hail cells with sizes ranging from 2.5- to 3.25-inch diameter hailstone estimates. For perspective, one-inch hail is considered "severe."**




**Figure 9: NCEI SWDI map with blue icons showing hail cells on the date of loss.**

On the following page (Figure 10) is a chart comparing hail size and impact energy.

## HAIL SIZE VERSUS IMPACT ENERGY

Many investigations and studies have been completed on the effects of hail on roof membranes and appurtenances. Hail of any size may cause problems to pedestrians, vehicles, and buildings. According to The Weather Company [7], "Since most significant hail damage to property and crops comes from hailstones at least 1-inch in diameter, hail of that size is considered severe."

While it is common for investigators to focus on hail size as an indicator of damage, it is the impact energy that is a more reliable gauge of potential damage. Remarkably, as hail size goes up, impact energy increases exponentially. For example, 2-inch hail has approximately 16 times the impact energy of 1-inch hail. And 4-inch hail has approximately 245 times the impact energy of one-inch hail.

Hail damage is a factor of kinetic (impact) energy, affected by hailstone diameter, speed, and direction, as well as the physical characteristics of the roofing material. Impact energy can be calculated using this formula: **Kinetic or Impact Energy ($K_e$) = ½(mass)(velocity) [8]**. Using this formula, the Figure 3 chart provides various hail sizes, velocity, and impact energy to be expected.

| Size Description | Diameter | Free-Fall Velocity | Free-Fall Velocity | Impact Energy |
|---|---|---|---|---|
| National Weather Service | Inches | ft/sec | miles/hr | ft-lbs |
| Pea | 0.25 | 36 | 24 | 0.005 |
| Marble/Mothball | 0.50 | 50 | 34 | 0.086 |
| Dime/Penny | 0.75 | 62 | 42 | 0.439 |
| Quarter (NWS Severe Criteria) | 1.00 | 73 | 50 | 1.44 |
| Half Dollar | 1.25 | 82 | 56 | 4 |
| Ping Pong Ball | 1.50 | 90 | 61 | 7 |
| Golf Ball | 1.75 | 97 | 66 | 14 |
| Hen Egg | 2.00 | 105 | 72 | 24 |
| Billiard Ball | 2.25 | 112 | 76 | 39 |
| Tennis Ball | 2.5 | 117 | 80 | 58 |
| Baseball | 2.75 | 124 | 85 | 87 |
| Tea Cup | 3.00 | 130 | 89 | 124 |
| Softball | 4.00 | 143 | 97 | 353 |

**Figure 10: Chart shows the correlation between hailstone size (diameter), velocity, and impact energy. Impact energy increases exponentially, with hail size. Note that when hailstone diameter increases by just 25%, from 1-inch to 1.25-inches, the impact energy is fourfold. The impact energy of 2-inch hail (24 FP) is 16 times greater than 1-inch hail (1.44 FP).**

[7] **The Weather Company**
[8] **Coyne**

MBEC research included a review of two reports by the insurer's 3rd-party consultant, Nelson Forensics, LLC. Nelson's 12/21/2020 report was labeled, Storm Distress Evaluation. Their 12/22/2020 report was labeled, Mechanical Equipment Hail Distress Evaluation. Below are excerpts from those reports followed by MBEC comments in blue. Failure to respond to any specific statement or allegation should not be construed as agreement or disagreement with those items.

---

# [Nelson] Storm Distress Evaluation

PROJECT FILE NO. 28939
CLAIM NO. 00489674

STRUCTURE IDENTIFICATION
Beka One, LLC
903 Bitters Road
San Antonio, Texas 78216

PREPARED FOR
Stephen Klink
Engle Martin & Associates
45 NE Loop 410, Suite 690
San Antonio, Texas 78216

December 21, 2020

**AUTHORIZATION AND PURPOSE**

Nelson Forensics, LLC (Nelson) was authorized by Mr. Stephen Klink with Engle Martin & Associates (client) to evaluate the commercial shopping center structure located at 903 Bitters Road in San Antonio, Texas (subject structure), and determine the extent of distress to the roof and exterior related to wind and hail on the reported date of loss.

**OBSERVATIONS**

**ROOF**

- Isolated fractures in the roof membranes with no coincident burnish marks (Figure 8). The fracture edges were typically aged/deteriorated, and multiple fractures were angular in shape (Figure 9). Fractures were most frequently observed at Roof Section 1, and were very isolated at the remaining roof sections.



**Figure 8.** Fracture in membrane with no coincident burnish mark



**Figure 9.** Close up view of **Figure 8**

MBEC: Cuts and punctures ("fractures") in EPDM often occur without evidence of hail spatter (what Nelson refers to as "burnish marks"). Spatter (is an anomaly occurring when a hailstone strikes a smooth surface e.g., a metal cabinet, and wipes off any film such as dust, oxidation, or other contaminants. If the surface is already relatively clean, there may be no spatter regardless of how large the hail.

Also, our inspection found a few EPDM openings that were similarly angular, which is consistent with windblown projectile damage on the date of loss.

- Slices and angular gouges in the membranes at isolated locations (Figure 11).
  MBEC: Like Nelson, our inspection also found sliced, gouged membrane, which was consistent with windblown projectile damage on the date of loss.

- Burnish marks at other metal surfaces, measuring up to 1 1/4" across.
  MBEC: Hail spatter of that size is generally evidence of hail of slightly larger in diameter e.g., 1-1/2-inch or 1.75-inch hail. This is consistent with reported conditions on the date of loss.

**ROOF MEMBRANE CORING**

| Coring Location | Observations / Moisture Assessment |
|---|---|
| Core #1 | A burnish mark at the membrane surface, with a slight indentation in the ISO board below the burnish mark (**Figure 23**). The ISO board indicated a date of 2002. No fracture to the membrane was observed. There was no evidence of moisture and the substrate was dry to the touch. |
| Core #2 | A burnish mark at the membrane surface, with a fracture measuring 7/8" across at the facer sheet of the ISO board below the burnish mark (**Figure 24**). An adjacent fracture to the ISO board with no coincident burnish mark at the membrane was also observed. There was no evidence of moisture and the substrate was dry to the touch. The facer sheet of the ISO board did exhibit a stain, located at the edge of the sample, away from the area of interest. |
| Core #3 | A burnish mark at the membrane surface, with a fracture measuring 5/8" across at the facer sheet of the ISO board below the burnish mark (**Figure 25**). No fracture or deformation was observed at the membrane. There was no evidence of moisture and the substrate was dry to the touch. |
| Core #4 | A burnish mark at the membrane surface, with a circular deformation in the ISO board below the burnish mark. No fracture or deformation was observed at the membrane. There was no evidence of moisture and the substrate was dry to the touch. |
| Core #5 | A burnish mark at the membrane surface, with a fracture at the facer sheet of the ISO board below the burnish mark. An additional fracture was observed at the facer sheet that was not coincident with any marking at the membrane. There was no evidence of moisture and the substrate was dry to the touch. |
| Core #6 | An angular slice/gouge in the membrane and puncturing of the membrane, with no coincident burnish marks (**Figure 26**). A fracture and staining at the ISO board were observed coincident with the membrane distress (**Figure 27**). There was dark staining at the ISO board, but the substrate was dry to the touch. No moisture was detected with a Protimeter in search mode. Some surface corrosion was observed on the roof deck. |

Table 2. Summary of Observations and Moisture Conditions at Coring Locations

MBEC: Each core sample confirmed impact damage to the polyisocyanurate insulation board. This is consistent with storm conditions on the date of loss.

Wind-borne debris travels with substantial kinetic energy and momentum, and has the potential to cause impact damage to building components. Debris impact can cause damage ranging from minor abrasions to breaches in the exterior cladding and building envelope, to localized structural damage at impacted areas.

MBEC: We agree that wind-borne debris can become projectiles capable of damaging roof system components. In fact, windblown projectile impact is probably the most common form of wind-related damage, based on over thirty years of storm damage investigations.

Damage that creates openings in the building envelope (generally the roof or exterior walls) may allow water penetration into the interior.

MBEC: We agree. Our inspection found several openings where rainwater was free to infiltrate the roof assembly and building interior. This was consistent with storm conditions on the date of loss.

# WEATHER DATA

**Site-specific Hail Verification Report**

Nelson ordered a "Hail Verification Report" for the site from CoreLogic Weather Verification Services (CoreLogic). The report provides the estimated maximum hailstone size at and within one, three, and 10 miles of the subject site for storm events subsequent to January 1, 2009, with hail at least 0.75" in diameter estimated to have occurred within three miles of the site.

The estimated maximum hailstone sizes are based on a proprietary algorithm and are not a direct measurement of actual hailstones that fell at the subject site.

MBEC: This is precisely why calling these estimates “site specific verification” is a misleading oxymoron. Verification is a word typically used to describe fact-based validation of a theory or hunch. The only accurate way of verifying hail size is on-site, firsthand observation and measuring during the weather event.

The largest hail events reported by CoreLogic at the subject site measured 1.3" in diameter and occurred on May 27, 2020 (the reported date of loss), and February 10, 2009. Hail measuring 1.8" in diameter was estimated to have occurred within one mile of the subject site on the reported date of loss. CoreLogic also estimated hail measuring 1" in diameter at the subject site on April 12, 2016, with hail measuring 1.6" in diameter estimated to have occurred within one mile of the subject site on that date.

MBEC: Our research of weather data from NOAA and elsewhere showed a line of hail cells surrounding the property, including up to 3.25-inch hail on either side of it.

**WIND WEATHER DATA**

On the reported date of loss, May 27, 2020, CoreLogic estimated wind speeds up to 64 mph at the subject site.

MBEC: We agree that winds around the property were approaching hurricane speeds on the date of loss. Our research of weather data from NOAA and elsewhere revealed winds of 66 mph just

southeast (at SAT airport) and 75 mph (hurricane-force) to the northwest, with the Beka One property between them.

# ANALYSIS

HAIL ANALYSIS Based on the weather data reported by CoreLogic, hail measuring 1.3" in diameter was estimated to have occurred at the subject site on the reported date of loss, May 27, 2020.
MBEC: We disagree. Our weather research revealed up to 3.25-inch hail on both sides of the property on or around the date of loss.

Burnish marks coincident with circular indentations at metal surfaces were limited to one RTU unit housing, metal appurtenances, and the top surfaces of signage. Nelson also observed circular indentations at metal cap flashing and light gauge vent hoods, with no appreciable coincident burnish marks.
MBEC: We agree that indentations consistent with hail were visible on various metal surfaces.

Regarding hail spatter, which may be what Nelson refers to as “burnish marks,” this phenomenon is not a reliable gauge of the hailstorm date or even whether hail occurred at all. Spatter occurs when hailstones strike a smooth, hard surface e.g., metal, that is covered with some type of film e.g., dust, pollen, oxidation, or other contaminants. When the film is wiped off by hail impact, it leaves a visible blemish, just as wiping the surface with one’s finger would leave a clean spot. Spatter marks may be used to determine approximate size of hailstones, as well as their downward angle. However, the cleaner the surface, the less likely there will be any spatter. While spatter may remain somewhat visible for more than a year, depending on local climate, it may also disappear when subjected to ambient conditions e.g., precipitation and wind.

Based on the conditions observed at the site, it is Nelson's opinion that recent hail at the site has been on the order of 1 1/4" to 1 1/2" in diameter, maximum, with the majority of the hail being on the order of 1/2" in diameter or smaller. Based on the available weather data, this recent hail occurred during the May 27, 2020, hail event (the reported date of loss).
MBEC: We agree that large hail more than likely fell at this site on or around the May 27, 2020, date of loss, although the 1.5-inch diameter is less than half the size of hail reported by other third-party sources (3.25-inches).

Nelson did observe slight indentations and fractures at the facer sheet of the underlying ISO board consistent with hail impact; however, this does not affect the function of the insulation or

the integrity of the roof system. Nelson also observed fractures in the ISO board facer sheet at areas that did not have coincident burnish marks.

MBEC: We agree that hail on the date of loss damaged the underlying insulation board regardless of cuts, punctures, or tears to the EPDM membrane.

The punctures and slices observed at the EPDM roof membrane were aged and weathered in appearance and did not exhibit a pattern of abrasion across the roof surface consistent with recent wind-borne debris.

MBEC: We disagree. Our inspection found cuts and punctures in the EPDM that were consistent with windblown projectile impact on or around the date of loss.

It is Nelson's opinion that the subject structure has not been damaged by wind from the May 27, 2020, storm event.

MBEC: We disagree. Our inspection found cuts and punctures in the EPDM that were consistent with windblown projectile impact on or around the date of loss.

# [NELSON] CONCLUSIONS

- Recent hail at the site has been on the order of 1 1/4" to 1 1/2" in diameter, maximum, with the majority of the hail being on the order of 1/2" in diameter or smaller. This recent hail is attributed to the May 27, 2020, storm event.
  MBEC: We agree that hail of at least 1-1/2-inches in diameter fell at this site on the date of loss. However, Nelson's estimates of hail size are in conflict with third-party data indicating up to 3.25-inch hail in a line of cells passing over the property on or around the date of loss. Further, examination of hail-damaged insulation board revealed punctures and indentations consistent with 1.5-inch and larger hail on the date of loss.

- Hail from the May 27, 2020, storm event has not compromised the function or service life of the EPDM roof membranes or of the roof system at the subject structure.
  MBEC: We disagree. The cuts and punctures to the EPDM membrane were consistent with windblown projectile impact on the date of loss, as were punctures, tears, and crushing of polyisocyanurate board beneath the membrane, a fact ignored by Nelson.

- The subject structure has not been damaged by wind from the May 27, 2020, storm event.
  MBEC: We disagree. There is no question that the underlying punctures, tears, and crushing of polyisocyanurate board were consistent with windblown projectile impact on the date of loss.

- θ There are no openings in the building envelope at the subject structure related to hail impact or wind from the May 27, 2020, storm event.
  We disagree. The cuts and punctures to the EPDM membrane were consistent with windblown projectile impact on the date of loss.

# [Nelson] Storm Distress Evaluation

PROJECT FILE NO. 28939
CLAIM NO. 00489674

STRUCTURE IDENTIFICATION
Beka One, LLC
903 Bitters Road
San Antonio, Texas 78216

PREPARED FOR
Stephen Klink
Engle Martin & Associates
45 NE Loop 410, Suite 690
San Antonio, Texas 78216

December 22, 2020

**AUTHORIZATION AND PURPOSE**

Nelson Forensics, LLC (Nelson) was authorized by Mr. Stephen Klink with Engle Martin & Associates (client) to evaluate the mechanical equipment at the subject structure and determine the following:

1. Does the equipment exhibit distress that can be attributed to hail on or around the reported date of loss?
2. If hail distress exists, what is the recommended repair for each coil surface?

## SCOPE OF INVESTIGATION

Nelson conducted an on-site visual evaluation of the mechanical equipment at the subject structure and photographically documented the observed condition of the condenser coils. Nelson also performed limited fin straightening on selected coils.

## OBSERVATIONS

The condenser coils included round tube plate fin (RTPF), spiny fin, and folded microchannel. Condenser coil surfaces on individual units were oriented in one, two, three, or four cardinal directions depending on the unit design. Individual coil shapes and construction varied by unit and included flat slab, "G", "L", "U", and "V" shapes. The majority of the units were provided with hail guards, including hooded, steel wire, punched steel, and louvered. Other coils were fully exposed.
MBEC: Regardless of configuration, the function of fins is efficient air flow and unimpeded heat transfer. Just as a buildup of dust, lint, and other particles interferes with this function, deformed fins also adversely affect fin/coil efficacy.

Coil fin indentation distress consistent with hailstone impacts was visible on exposed coil surfaces facing north, south, east, and west.
MBEC: Just as Nelson did, our inspection revealed numerous instances of HVAC fin damage consistent with hail on the date of loss.

Coil fin indentations on exposed north-facing surfaces included instances of flattened and crushed fins consistent with more direct hailstone impacts. However, the coil fin indentations on exposed coil surfaces on south, east, and west-facing surfaces generally consisted of discrete instances of bent and flattened fins consistent with hailstone glancing blows.
MBEC: Just as Nelson did, our inspection revealed numerous instances of HVAC fin damage consistent with hail on the date of loss.

Based on Weather Data discussed in Nelson Report 1 dated December 21, 2020, and observed burnish marks, this **distress can be attributed to a hail event on the date of loss**. Any additional distress greater than 5% on a north-facing coil occurred prior to the date of loss and is considered pre-existing (Figure 3).
MBEC: Just as Nelson did, our inspection revealed numerous instances of HVAC fin damage consistent with hail on the date of loss.

**Effect of Hailstone Impacts**

- θ Bending multiple discrete areas of fins on the face of the coil will alter the flow pattern of the air across and through the external fins, but will not eliminate it in the damaged areas. The bent fins represent an obstruction to the airflow at the face of the coil, but the coil has depth and the coil face area represents a small fraction of the coil's total heat transfer surface area (the fins on an RTPF or microchannel condenser coil are typically 1-2" deep). Because the bent fins are located on the face of the coil, air will flow around and behind the surface obstruction and regain contact with a portion of the fins behind the surface obstruction. Since the air will find alternate routes across the fin surfaces, a coil with 20% of its face area obstructed, for example, does not lose 20% of its total heat transfer surface or 20% of its heat transfer capacity; the actual loss will be considerably less.
MBEC: We agree that deformed (bent) fins will alter the airflow pattern because they are an obstruction. We also agree that the adverse effects on units are unlikely to cause immediate failure, although HVAC efficacy is obviously harmed.

The effectiveness of conventional fin repair methods to restore unit performance has been studied and quantified for typical RTPF condenser coils (Sitzmann, et al. 2007). Where condenser coil hail damage consists of flattened and bent fins, Sitzmann, et al. have shown that the coil can be repaired and the unit's pre-loss performance can be restored by straightening of the individual bent and flattened fins.
MBEC: This is not true, based on Nelson's referenced source, and misrepresents what the Sitzmann document concluded. According to Sitzmann, the best a tested unit's efficacy was restored to was approximately 94%, meaning the unit was permanently damaged.

**OTHER MECHANICAL EQUIPMENT**

Nelson observed limited indentations on one of the GVs and two of the EF aluminum housing covers that are consistent with hail stone impacts.
MBEC: Like Nelson, our inspection found hail damage to metal appurtenances. This was consistent with storm conditions on the date of loss.

**END of NELSON REPORTS REVIEW**

# DISCUSSION

There is no question that destructive storm cells containing not only severe hail, up to 3.25-inches in diameter, but also winds approaching hurricane intensity engulfing the area in San Antonio where this property was located, on or around the May 27, 2020, date of loss. Our inspection found clear evidence of damage to EPDM membranes and underlying polyisocyanurate insulation boards that was consistent with storm conditions on the date of loss.

The insurer's inspector, Nelson, confirmed that at least some of the roof damage they found was likely due to the May 2020 storm system, although their inspector's estimate of maximum hail size was lower than indicated by third-party estimates from NOAA and StormerSite. Even using Nelson's suggested hail size of 1.5-inches in diameter, that size hailstone produces nearly five times the impact energy as one-inch hail, which is considered "severe." While EPDM is a naturally hail-resistant material, the roof was nearly twenty years old on the date of loss, and the rubber membrane's puncture/cut resistance was certainly less than new material. Still, it appears that openings in the EPDM may have been mostly, possibly entirely, from windblown projectiles blown onto – or across – the roof on the date of loss.

Collateral damage providing evidence of hail occurrence was acknowledged by Nelson included: numerous rooftop units with hail-damaged fins, hail-dented metal exhaust units, hail spatter.

Other than leak-related interior damage to furnishings, the most conspicuous storm-related damage was the traumatic impact to underlying polyisocyanurate foam board from hail on the date of loss. As Nelson's core sampling indicated, and was verified during our own core sampling, fractures, punctures, and partial crushing of the insulation board subjected the materials to two primary types of functional damage:

1. **Reduced hail impact resistance** – When the foam is crushed, even partially, a void is created causing the EPDM membrane to have less support or no support at those spots. The less the support, the less the hail resistance.
2. **Reduced thermal efficacy** – The foam core loses R-value when it is compressed or crushed, eliminating some of the integral air spaces and allowing heat a more direct and quicker pathway between building interior and exterior.

# CONCLUSIONS and RECOMMENDATIONS

The anomalies observed on these roofs were carefully evaluated when considering causation. Overall roof design appeared to conform to industry standards. Overall workmanship also appeared to comply with industry standards and manufacturer guidelines. Had anomalies been related to manufacturing defects, poor roof design, or roof installation defects, these roofs would have failed within a few months or the first two or three years. The only plausible reason for the observed damage to HVAC units, membrane, and underlying insulation was the storm system passing through this area on or around May 27, 2020. Our weather research found no other weather events that would have produced those anomalies and the interior leaks originating at that time.

Damage to the membrane and underlying insulation more than likely occurred as a direct result of that storm system on the date of loss.

There is no question that the EPDM/polyisocyanurate roof system incurred functional damage. Aside from the cuts and punctures, which provide pathways to the roof assembly, deck, and building interior, the most significant and irreversible damage is to the layer of insulation board.

Based on the above and more than 35 years of roof inspections, and within a reasonable degree of scientific certainty, the observed anomalies more than likely were subjected to functional damage caused by the severe storm conditions on the date of loss.

The only way to return the roofs to pre-storm condition is to remove all roof membranes and insulation boards and install new materials of similar type and quality, from the deck up. Even if the roof membrane itself were repairable, it must be completely removed in order to remove insulation boards and inspect the steel deck for signs of corrosion from storm-caused leaks.

All work must be done per applicable industry guidelines and in compliance with current codes.

**END of WRITTEN REPORT**

# PHOTOS

The following photos are representative of conditions and construction observed by MBEC.




Photo 1: Both photos on this page show the black EPDM rubber system covering roofs at this property, starting at the northern end of the L-shaped building.



Photo 2: Except for the back of the building, roofs were bordered by parapets clad in corrugated metal panels and capped with metal coping.




Photo 3: Individual roof sections were separated by elevation changes and short walls.




Photo 4: A N-to-S view of the front of the building and parking lot, from the northern end.



Photo 5: A S-to-N view of the front of the building and parking lot, from the southern end.




Photo 6: A W-to-E view of the southernmost roof section.




Photo 7: A NE-to-SW view of the southernmost roof section showing the back edge, lined with gutter. Highlighted in yellow are a loose metal box (encircled) and a satellite dish that appears to have been toppled by storm winds.



Photo 8: One of many rooftop units (RTUs) with traumatic impact damage to fins. This is consistent with hail on the date of loss.



Photo 9: Both photos on this page show traumatic impact damage to fins consistent with hail on the date of loss.



Photo 10: Encircled in blue is the fin-covered coil with a hail guard possibly installed after the date of loss.



Photo 11: Typical fin damage consistent with hail on or around the date of loss.



Photo 12: Both photos on this page show traumatic impact damage to fins consistent with hail on the date of loss.



Photo 13



Photo 14: Damaged RTU with a hail guard possibly installed after the date of loss.



Photo 15: Both photos on this page show traumatic impact damage to the EPDM roof membrane consistent with storm conditions on the date of loss.



Photo 16: Storm winds can turn loose items e.g., sharp, or heavy objects, into dangerous projectiles capable of causing cuts, punctures, tears, and gouges.



Photo 17: Both photos on this page show traumatic impact damage to the EPDM roof membrane consistent with storm conditions on the date of loss.



Photo 18



Photo 19: Both photos on this page show traumatic impact damage to the EPDM roof membrane consistent with storm conditions on the date of loss.



Photo 20



Photo 21: Both photos on this page show traumatic impact damage to the EPDM roof membrane consistent with storm conditions on the date of loss.



Photo 22



Photo 23: Another example of traumatic impact damage to the EPDM roof membrane consistent with storm conditions on the date of loss.



Photo 24: Satellite dishes are often toppled by storm winds, causing them to drag or tumble across the roof. The EPDM membrane is about the thickness of three business cards and is easily cut and punctured.



Photo 25: A closer view of the toppled dish shown in Photo 24.



Photo 26: A loose piece of conduit can damage an EPDM membrane during storm winds.



Photo 27: Loose equipment stands like this one can damage an EPDM membrane when propelled by storm winds like those on or around the date of loss.



Photo 28: Loose objects like this can become windblown projectiles capable of damaging the EPDM membrane during storm winds like those reported on the date of loss.



Photo 29: Both photos on this page show loose objects that can become windblown projectiles capable of causing roof damage during storm winds like those reported on the date of loss.



Photo 30



Photo 31: Dislodged wood beneath this equipment stand is an indication of being blown over or propelled across the roof from storm winds on or around the date of loss.



Photo 32: Both photos on this page show loose objects that can become windblown projectiles capable of causing roof damage during storm winds like those reported on the date of loss.



Photo 33



Photo 34: This equipment stand is no longer attached to lumber “feet.” Such stands can be toppled from storm winds like those reported on or around the date of loss, possibly causing cuts, punctures, or gouges to the EPDM roof membrane, or impact damage to underlying insulation board.



Photo 35: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 36: Encircled in blue are sharp metal screws (lower right) and a metal pipe strap (upper left) protruding from this 4”x4” piece of lumber that became detached from equipment. (See Photos 37-38 for close-up views)



Photo 37: Both photos on this page are close-up views of the protruding screws and metal strap shown in Photo 36.



Photo 38



Photo 39: This equipment stand is no longer attached to lumber “feet.” Such stands can be toppled from storm winds like those reported on or around the date of loss, possibly causing cuts, punctures, or gouges to the EPDM roof membrane, or partially crushing underlying insulation board.



Photo 40: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 41



Photo 42: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 43



Photo 44: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 45



Photo 46: Heavy objects, even without sharp edges, can damage the thin EPDM membrane and underlying insulation board when propelled by storm winds against or across the roof surface. The dislodged conduit supports are consistent with storm winds on or around the date of loss.



Photo 47: Heavy objects like this detached metal panel can damage the thin EPDM membrane and underlying insulation board when propelled by storm winds against or across the roof surface.



Photo 48: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 49



Photo 50: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 51



Photo 52: Note the rust stains down the center of the wood support for this equipment stand. It is an indication of the steel stand being dislodged two or three inches. This is consistent with storm winds on or around the date of loss.



Photo 53: More loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 54: Both photos on this page show loose objects that can become windblown projectiles capable of causing cuts, punctures, or gouges during storm winds like those reported on the date of loss.



Photo 55




Photo 56: Both photos on this page show evidence of traumatic impact to metal exhaust units consistent with severe hail on the date of loss.




Photo 57: Some indentations (dents) were consistent with hail 1-1/2 inches in diameter or larger. Dent diameter is generally less than actual hailstone diameter.



Photo 58: Both photos on this page show evidence of traumatic impact to metal exhaust units consistent with severe hail on the date of loss.



Photo 59



Photo 60: Both photos on this page show evidence of traumatic impact to metal exhaust units consistent with severe hail on the date of loss.




Photo 61: Blue highlights show a dent nearly 1-1/2 inches in diameter. This would suggest hail size larger than 1-1/2 inches.




Photo 62: Both photos on this page show evidence of traumatic impact to metal exhaust units consistent with severe hail on the date of loss.




Photo 63




Photo 64: This was reportedly one of the core samples (Core 5) cut by Nelson Engineering during their roof inspection on November 23, 2020. MBEC cut a larger core around this core. (See Photos 65-74)




Photo 65: After making three cuts (left, bottom, and right) approximately six inches beyond the original core, the EPDM membrane was carefully pulled back, exposing the underlying iso insulation board.



Photo 66: The Nelson core was cut through the iso board, down to the steel deck, and remained adhered to the EPDM membrane.



Photo 67: A close-up view of the iso board attached to the steel deck.



Photo 68: Blue chalk was used to mark multiple anomalies in the iso board, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of the iso. This damage was consistent with storm conditions on or around the date of loss.



Photo 69: Both photos on this page are close-up views of iso board damage, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of the iso. This damage was consistent with storm conditions on or around the date of loss.



Photo 70



Photo 71: Both photos on this page are close-up views of iso board damage, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of the iso. This damage was consistent with storm conditions on or around the date of loss.



Photo 72



Photo 73: Another close-up view of iso board damage, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of the iso. This damage was consistent with storm conditions on or around the date of loss.




Photo 74: Repaired core following MBEC inspection.




Photo 75: Core sample location at the opposite (southern) end of the building.




Photo 76: After cutting through the EPDM membrane, it was carefully pulled away from the underlying iso insulation board. Note the water stains and rusted screw indicating water intrusion.



Photo 77: Chalk was used to mark multiple anomalies in the iso board, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of iso. This damage was consistent with storm conditions on or around the date of loss.



Photo 78: A close-up view of a rusted steel screw used to attach iso board. This is consistent with water intrusion through cuts/punctures in the EPDM roof membrane on or around the date of loss.



Photo 79: A close-up view of iso board facer punctures and partial crushing, despite no visible damage to the EPDM membrane above each one. This damage was consistent with storm conditions on or around the date of loss.



Photo 80: Both photos on this page are close-up views of iso board damage, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of the iso. This damage was consistent with storm conditions on or around the date of loss.



Photo 81



Photo 82: Both photos on this page are close-up views of iso board damage, despite no visible damage to the EPDM membrane above each one. Anomalies consisted of fractured/punctured facer and partial crushing of the iso. This damage was consistent with storm conditions on or around the date of loss.



Photo 83




Photo 84: Repaired core cut made watertight.




Photo 85: Several tenant spaces throughout the building have experienced ongoing roof leaks since the date of loss, including this hair salon.



Photo 86: Roof leaks typically were apparent as stained ceiling tiles.



Photo 87: Both photos on this page show evidence of roof leaks inside tenant spaces since the date of loss.



Photo 88



Photo 89: More evidence of roof leaks inside tenant spaces since the date of loss.




Photo 90: Another tenant space with ongoing roof leaks since the date of loss.



Photo 91: Both photos on this page show evidence of roof leaks inside tenant spaces since the date of loss.



Photo 92



Photo 93: Another tenant space experiencing ongoing roof leaks since the date of loss.



Photo 94: More evidence of roof leaks inside tenant spaces since the date of loss.



Photo 95: Both photos on this page show evidence of roof leaks inside tenant spaces since the date of loss. Encircled in blue is an electrical light fixture with water stains inside the fixture; a fire hazard.



Photo 96



Photo 97: Another tenant space experiencing ongoing roof leaks since the date of loss.



Photo 98: More evidence of roof leaks inside tenant spaces since the date of loss.



Photo 99: Both photos on this page show evidence of roof leaks inside tenant spaces since the date of loss.



Photo 100

**END of PHOTOS**

# REFERENCES

[1] **RICOWI** – Roofing Industry Committee on Weather Issues, https://www.ricowi.com/

[2] **Beaufort Scale -** https://en.wikipedia.org/wiki/Beaufort_scale

[3] **InterNACHI** - International Association of Certified Home Inspectors, "How Wind Creates Damage Uplift" – https://www.nachi.org

[4] **NCEI-SED - NCEI Storm Events Database** – https://www.ncdc.noaa.gov/stormevent

[5] **NCEI-SWDI** - NOAA's Severe Weather Data Inventory – https://www.ncei.noaa.gov/maps/swdi/

[6] **StormerSite -** http://www.stormersite.com/hail-history-reports#

[7] **The Weather Company –** Severe hail & property damage – https://weather.com/storms/severe/news/how-hail-forms

[8] **Coyne -** *Wind Effects on Hail Velocity and Impact Energy,* by: Jeff Coyne, P.E. https://donan-profiles.hatfield.marketing/article/wind-effects-on-hail-velocity-and-impact-energy/