**Mailing Address**
Cram Roofing Company, Inc.
P. O. Box 690265
San Antonio TX 78269-0265

**Physical Address**
Cram Roofing Company, Inc.
5171 Casa Bella St
San Antonio TX 78249

CRAM ROOFING
SINCE 1986

Office (210) 694-7815
Fax (210) 694-5584

BEKA ONE, LLC
C/O VALCOR COMMERCIAL
REAL ESTATE
1723 N LOOP 1604 E,
SUITE #204
SAN ANTONIO, TX 78232

Invoice Number : S18819
Invoice Date : 03/16/2021

ATTN: MONA GARCIA

# INVOICE

## *Description of Work*

903 E BITTERS
FRONT DOOR WINDOW: TRACKED, LOCATED AND REPAIRED MULTIPLE CUTS/ PUNCTURES ON THE FIELD OF THE ROOF. ROOM 5: TRACKED, LOCATED, AND SEALED THE LOOSE PATCH. NOTE: PRICE INCLUDES TEMPORARY REPAIRS.

| | | | |
|---|---|---|---|
| LABOR | 6.00 | 85.0000 | 510.00 |
| MATERIALS | | | 127.50 |
| GROSS BILLINGS : | | | 637.50 |
| STATE SALES TAX : | | | 52.59 |
| NET BILLINGS : | | | $690.09 |

**THANK YOU FOR CHOOSING CRAM ROOFING**
**All invoices are due upon receipt.**
**Past due amounts will bear interest at the rate of 1.5% per month.**

EXHIBIT
B

BEKA 000664

**Mailing Address**
Cram Roofing Company, Inc.
P. O. Box 690265
San Antonio TX 78269-0265

**Physical Address**
Cram Roofing Company, Inc.
5171 Casa Bella St
San Antonio TX 78249

CRAM ROOFING
SINCE 1986

Office (210) 694-7815
Fax (210) 694-5584

BEKA ONE, LLC, C/O VALCOR
COMMERCIAL RE,
1723 N LOOP 1604 E
SUITE #204
SAN ANTONIO, TX 78232

Invoice Number : S19332
Invoice Date : 08/25/2021

ATTN: MONA GARCIA

# INVOICE

## *Description of Work*

903 E BITTERS

ABOVE BEER SIGN/KITCHEN: TRACKED, LOCATED, AND SEALED THE VOIDS ON THE CORNERS OF THE BASE FLASHING MEMBRANE ON THE ROOF CURBS. CLEANED AND SEALED THE BASE FLASHING ON THREE PITCH PANS. REPAIRED MULTIPLE PUNCTURES/CUTS ON THE ROOF MEMBRANE. NOTE: PRICE INCLUDES TEMPORARY REPAIRS.

| | | | |
|---|---|---|---|
| LABOR | 16.00 | 85.0000 | 1,360.00 |
| MATERIALS | | | 340.00 |
| GROSS BILLINGS : | | | 1,700.00 |
| STATE SALES TAX : | | | 140.25 |
| NET BILLINGS : | | | $1,840.25 |

**THANK YOU FOR CHOOSING CRAM ROOFING**
**All invoices are due upon receipt.**
**Past due amounts will bear interest at the rate of 1.5% per month.**