INTEGRITY SOLUTIONS ISM MECHANICAL
HVAC • CONSTRUCTION • SERVICE • MAINTENANCE

## Information:

HVAC company*: Integrity Solutions Mechanical LLC*.

Date of inspection: *10/28/2021*

Technician: *Jason Jackson*

Authorization from: *Needham Rice Assoc.*

Location: 903 Bitters Rd. San Antonio TX. 78216

## Purpose and Scope:

Investigate, evaluate, and make recommendations on all hail damage made on *5/27/2020* to all HVAC and refrigeration equipment on property refer to **page 3** to show picture of properties roof equipment in question.

On each equipment measure hail damage, located and the level of damage. Evaluate the mechanical equipment and refrigeration operations determine if hail damage caused, causing and or can cause future damage to the HVAC system and equipment.

Create a full recommendation and estimate on each equipment with details as into why recommendations are needed. **See Table1**

## Observation / Affected equipment:

Observed on the 6 sectional roof top mechanical equipment included package units (RTUs), split units condensing units (CUs), Wilkin cooler units, exhaust fans (EFs), vent-hoods.

Units with the hail damage that will be under the recommendations 1,7,8,15,19-23,26,28,36,41,50,53,54

Found highly extensive condenser coil damage to multiple units. See page 4 pictures. Most of the coil damage found are either permanent too far damaged to straighten out or attempting to straighten will cause further damage and will not return to proper heat transfer conditions that is required.

Also found condenser fan motors and blades damaged due to hail dropping into the open grid fan section causing the fan blade to be off balance and over time damaging motors bearings.

Found several other with low hail damage and possible to use proper combing coil tool to strain out coil fins.

The remainder units not listed either had no hail damage or wasn't affected.

## Condenser coil assessment:

Hail damage found on condenser coils has extensive damage and will increase corrosion and this begins deteriorating the composition of the condenser coil, it weakens its integrity, making the fins difficult to straighten through traditional methods. The present damage and permanent conditions accelerate the corrosion of an outdoor coil, and drastically affect the ability to transfer heat allowing the high-pressure gas to condense to liquid form which is a vital part of the refigerant process. As seen in pictures below you can see irreversible damage and if attempted to straighten will cause more damage. Found damage on micro channel coils as well see below pictures these style makes them more difficult to repair, should the damage be severe enough to bend the fins. And unlike traditional coils, microchannel coils cannot be combed, and would generally require replacement under comparable damage scenarios.

EXHIBIT
C


56
52
55
48
49
44
40
57
53
41
37
45
58
36
54
50
34
43
51
42
33
46
47
39
38
35
32
31
29
30
26
25
28
23
27
20
24
22
12
13
11
21
14
10
19
7
18
4
9
17
5
8
16
6
3
15
1
2



Unit-1 size reference



Unit-28



Unit- 8



Unit-53



Unit-23



Unit-54



Unit-19



Unit-28

## Mechanical performance:

If a condenser becomes damaged, less heat transfer can take place if less heat rejection is created with an air-cooled condenser due to fouling or bent fins, the heat will start to accumulate in the condenser, making the condensing temperature rise. Once the condensing temperature starts to rise, there will come a point at the condensing temperature increases and the temperature relationship isn't great enough to reject heat from the condenser. With a damage condenser the system will run inefficiently because of the higher condensing temperature and pressure, causing high compression ratios.

The compressor's discharge temperature will also run hotter because of the higher condensing temperature and pressure, which will cause a higher compression ratio. The compressor will have to put more energy in compressing the suction pressure vapors to the higher condensing or discharge pressure. This added energy is reflected in higher discharge temperatures and higher amperage draws. When there is a high compression ratio with compressors, the volumetric efficiency will be lowered, the over all performance will be affected.

## Conclusions and Recommendations:

Found enough hail damage to recommend coil replacement straighten them will cause further damage and will affect the overall performance and will not return the unit to pre-loss condition, the coil should be restored to its original state before the hail occurred. Also recommend replacement on some, due to the extensive hail damage to coil. The age of equipment the parts and coils to make repairs are discontinued and no longer made. Also, in keeping up with EPA regulations discontinued R-22 equipment will need to replace with r-410 equipment.

# Table 1 - Unit Observation Major repair list

| Unit ID | Mfg. | Unit Age | Type of Unit | Avg Damage (sq ft) | Coil Size(sq ft) | Coil Damage % | Recommendations/Comments |
|---|---|---|---|---|---|---|---|
| 1 | York | 2014 | Pkg/RTU | 3.5 | 12 | 30% | After full observation I found major damage to circuit A with about 30% hail damage. Found no damage on coils for circuit B. Found Condenser fan motor for circuit A bearings grinding this was due to fan blade being bent from Hail damage. Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil, motor and motor blade not replace this will caused further damage to compressor fan motor and the efficiency of manufacture original operations |
| 7 | York | 2014 | Pkg/RTU | 3.0 | 12 | 26% | After full observation I found major damage to circuit A with about 26% hail damage. Found no damage on coils for circuit B. Found no structural damage or exterior damage Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil this will cause further damage to compressor and the efficiency of manufacture original operations. |
| 8 | York | 2014 | Pkg/RTU | 2.5 | 12 | 22% | After full observation I found major damage to circuit A with about 22% hail damage. Found no damage on coils for circuit B. Found Condenser fan motor for circuit A bearings grinding this was due to fan blade being bent from Hail damage. Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil, motor and motor blade not replace this will caused further damage to compressor fan motor and the efficiency of manufacture original operations |

| Unit ID | Mfg. | Unit Age | Type of Unit | Avg Damage(sq ft) | Coil Size(sq ft) | Coil Damage % | Recommendations/Comments |
|---|---|---|---|---|---|---|---|
| 15 | Carrier | 1995 | Condenser unit | 7.5 | 18 | 42% | List of issues found<br>Condenser coil saver hail damage, will cause further is attempted to straighten<br>Compressor is damaged and the head pressure is at 300-320psi normal pressures are between 200-275psi this due to hail damaged to coil and not allowing the condenser to condense refigerant properly.<br>Recommend replacing entire condenser, due to the age and the EPA regulations discontinued R-22 equipment. We will have to replace the entire HVAC system this will also include inside air handler and furnace. |
| 19 | Carrier | 1992 | Pkg/RTU | 12.0 | 26 | 46% | Equipment is too old to replace coils and is a discontinued R-22 unit and parts are no longer available to replace. Will Quote for a replacement. |
| 20 | Payne/BDB | 1998 | Pkg/RTU | 7.0 | 13.2 | 53% | After full observation I found major damage to circuit A with about 53% hail damage. Found no damage on coils. Found no structural damage or exterior damage Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil this will cause further damage to compressor and the efficiency of manufacture original operations. Recommend replacing coils |
| 21 | Carrier | 2017 | Pkg/RTU | 0.5 | 10 | 5% | Straighten coils with comb |
| 22 | Carrier | unknown | Pkg/RTU | 14.0 | 26 | 54% | Equipment is too old to replace coils and is a discontinued R-22 unit and parts are no longer available to replace. Will Quote for a replacement. |
| 23 | Carrier | unknown | Pkg/RTU | 10.0 | 26 | 38% | Equipment is too old to replace coils and is a discontinued R-22 unit and parts are no longer available to replace. Will Quote for a replacement. |
| 26 | York | 2016 | Pkg/RTU | 0.0 | 14 | 0% | Found access door panel for compressor section damaged and laying on roof. Recomend door and hardware replacement. |
| 28 | Trane | 2010 | Condenser unit | 12.5 | 19 | 66% | After full observation I found major damage to circuit A with about 66% hail damage. Found no damage on coils. Found no structural damage or exterior damage Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil this will cause further damage to compressor and the efficiency of manufacture original operations. Recommend replacing coils |

| Unit ID | Mfg. | Unit Age | Type of Unit | Avg Damage(sq ft) | Coil Size(sq ft) | Coil Damage % | Recommendations/Comments |
|---|---|---|---|---|---|---|---|
| 36 | Hoshizaki | 2017 | Condenser unit | 0.5 | 11 | 5% | Straighten coils with comb |
| 41 | Payne | Unknown | Condenser unit | 0.5 | 12 | 4% | Straighten coils with comb |
| 50 | Emerson | 2015 | Condenser unit | 0.4 | 8 | 5% | Straighten coils with comb |
| 53 | Lennox | 2015 | Pkg/RTU | 8.0 | 28 | 29% | After full observation I found major damage to circuit A with about 29% hail damage. Found no damage on coils. Found no structural damage or exterior damage Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil this will cause further damage to compressor and the efficiency of manufacture original operations. Recommend replacing coils |
| 54 | Lennox | 2015 | Pkg/RTU | 5 | 28 | 18% | After full observation I found major damage to circuit A with about 18% hail damage. Found no damage on coils. Found no structural damage or exterior damage Straighten fins will not return to proper conditions will cause further damage if attempting to straighten out. If coil this will cause further damage to compressor and the efficiency of manufacture original operations. Recommend replacing coils |