NELSON

FORENSICS + CONSULTING

# Mechanical Equipment Hail Distress Evaluation

**PROJECT FILE NO.**
28939

**CLAIM NO.**
00489674

**STRUCTURE IDENTIFICATION**
Beka One, LLC
903 Bitters Road
San Antonio, Texas 78216

**PREPARED FOR**
Stephen Klink
Engle Martin & Associates
45 NE Loop 410, Suite 690
San Antonio, Texas 78216

1-877-850-8765
www.nelsonforensics.com

EXHIBIT
D

NELSON FORENSICS

December 22, 2020

Stephen Klink
Engle Martin & Associates
45 NE Loop 410, Suite 690
San Antonio, Texas 78216

File: Beka One, LLC
903 Bitters Road
San Antonio, Texas 78216

| | |
|---|---|
| Nelson File No.: | 28939 |
| Claim No.: | 00489674 |
| Date of Loss: | 5/27/2020 |

Dear Mr. Klink:

Nelson Forensics, LLC is pleased to submit this report for the above-referenced file. By signature below, this report was authored by and prepared under the direct supervision of the undersigned professional.

Please contact us if you have any questions regarding this report.

With kindest regards,

**NELSON FORENSICS, LLC**
**Texas Certificate of Registration F-17167**

Laura C. Schulte, P.E.
Project Director

Gregory G. Schober, M.S., P.E.
Technical Director
(Reviewing Engineer)




2020.12.22




12/22/20

Nelson: Report2-28939.doc.

# REPORT

REPORT

# INTRODUCTION

## GENERAL INFORMATION

| | |
|---|---|
| Date of Investigation: | November 23, 2020 |
| Nelson Representative Present at Investigation: | Laura C. Schulte, P.E. |

## AUTHORIZATION AND PURPOSE

Nelson Forensics, LLC (Nelson) was authorized by Mr. Stephen Klink with Engle Martin & Associates (client) to evaluate the mechanical equipment at the subject structure and determine the following:

1. Does the equipment exhibit distress that can be attributed to hail on or around the reported date of loss?

2. If hail distress exists, what is the recommended repair for each coil surface?

## SCOPE OF INVESTIGATION

Nelson conducted an on-site visual evaluation of the mechanical equipment at the subject structure and photographically documented the observed condition of the condenser coils. Nelson also performed limited fin straightening on selected coils.

This report was not prepared for use in a real estate transaction. It was prepared for the purpose and for the client as indicated above. Any and all usage or reliance upon this report by parties other than the client is expressly prohibited.

## OBSERVATIONS

The subject structure was a one-story multi-tenant retail building. An aerial image of the structure is provided in **Figure 1**. The equipment was not uniformly labeled, so for the purpose of discussion, Nelson assigned unit reference ID numbers as shown in **Figure 1**, and references these ID numbers in this report. In **Figure 1**, the units are identified in red. Photographs of every mechanical unit are included in the **Photographs** section of this report. Additional photographs are presented in the body of this report to illustrate specific conditions.

The mechanical equipment included rooftop package units (RTUs), split-system condensing units (CUs), evaporative coolers (ECs), exhaust fans (EFs), and two gravity ventilators (GV). The units were represented by a variety of manufacturers and the serial numbers on the units indicated manufacturing dates ranging from 1995 to 2018.

The condenser coils included round tube plate fin (RTPF), spiny fin, and folded microchannel. Condenser coil surfaces on individual units were oriented in one, two, three, or four cardinal directions depending on the unit design. Individual coil shapes and construction varied by unit and included flat slab, "G", "L", "U", and "V" shapes. The majority of the units were provided with hail guards, including hooded, steel wire, punched steel, and louvered. Other coils were fully exposed.

Coil fin indentation distress consistent with hailstone impacts was visible on exposed coil surfaces facing north, south, east, and west. Burnish marks were observed on painted surfaces facing north, east, and west. Faded burnish marks were observed on painted surfaces facing south.

Coil fin indentations on exposed north-facing surfaces included instances of flattened and crushed fins consistent with more direct hailstone impacts. However, the coil fin indentations on exposed coil surfaces on south, east, and west-facing surfaces generally consisted of discrete instances of bent and flattened fins consistent with hailstone glancing blows. These indentation patterns were consistent with hail originating from the north.

Condenser coils on multiple units also exhibited distress unrelated to hailstone impacts. Large areas of flattened coil fins were consistent with mechanical (non-hail) abrasions and inconsistent with the discrete indentations generally attributed to hailstone impacts.

The GV and two of the EFs had indentations on their aluminum housing covers. The PF, the ECs, and the remainder of the EFs did not exhibit distress that can be attributed to a hail event.

Nelson's observations for each unit are provided in **Table 1** in the **Conclusions and Recommendations** section of this report.




**Figure 1:** Aerial image of the subject site, dated November 22, 2019 – Annotated by Nelson (Google LLC 2020)

# ANALYSIS

## CONDENSER COIL ASSESSMENT

Nelson evaluated condenser coil hail distress and the age of the units to determine, to the extent possible, the timeframe over which the most recent hail event occurred. A **north-facing** condenser coil manufactured in 2015 exhibited hail impact distress limited to less than 5% of its coil surface (**Figure 2**). Based on Weather Data discussed in Nelson Report 1 dated December 21, 2020, and observed burnish marks, this distress can be attributed to a hail event on the date of loss. Any additional distress greater than 5% on a north-facing coil occurred prior to the date of loss and is considered pre-existing (**Figure 3**).



**Figure 2:** Unit 50 north (2015)



**Figure 3:** Unit 15 north (1995)

Two **south-facing** condenser coils manufactured in 2017 (**Figures 4** and **5**) exhibited hail impact distress limited to less than 5% of their coil surfaces. Based on Weather Data discussed in Nelson Report 1 dated December 21, 2020, and observed faded burnish marks, this distress can be attributed to one or more hail events prior to the date of loss.



**Figure 4:** Unit 21 south (2017)



**Figure 5:** Unit 36 south

An **east-facing** condenser coil manufactured in manufactured in 2015 exhibited hail impact distress limited to less than 1% of its coil surface (**Figure 6**). Based on Weather Data discussed in Nelson Report 1 dated December 21, 2020, and observed burnish marks, this distress can be attributed to a hail event on the date of loss. Any additional distress greater than 1% on an east-facing coil occurred prior to the date of loss and is considered pre-existing (**Figure 7**).



**Figure 6:** Unit 57 east (2015)



**Figure 7:** Unit 28 east (1995)

A **west-facing** condenser coil manufactured in 2017 exhibited hail impact distress limited to less than 1% of its coil surface (**Figure 8**). Based on Weather Data discussed in Nelson Report 1 dated December 21, 2020, and observed burnish marks, this distress can be attributed to a hail event on the date of loss. Any additional distress greater than 1% on a west-facing coil occurred prior to the date of loss and is considered pre-existing (**Figure 9**).



**Figure 8:** Unit 21 west (2017)



**Figure 9:** Unit 28 west (1995)

## CONDENSER COIL HAIL DISTRESS

The RTUs and CUs at the subject structure are air-cooled direct-expansion (DX) units. The refrigerant condenser coils are cross flow heat exchangers whose purpose is to transfer the heat of compression from the refrigerant gas to the ambient air and to condense and subcool the refrigerant. The heated refrigerant flows inside the coil tubes and the ambient air flows across the tubes and the external fins. The fins create a large heat transfer surface area to minimize the thermal resistance between the tubes and the ambient airstream.

### Condenser Coil Performance

The driving force for the heat transfer between the heated refrigerant and the ambient air in a refrigerant condenser coil is the temperature differential between the two fluids (the air and the refrigerant); the amount of heat transferred is considered proportional to the difference between the temperature of the air passing across the coil and the saturated condensing temperature of the refrigerant (ASHRAE 2008). The amount of heat transferred is non-linear with respect to the volume of air passing across the coil.

The non-linearity is due to the fact that the temperature differential between the heated refrigerant and the cooler ambient air is greatest under low airflow conditions, which yields a relatively large heat transfer rate. The majority of the heat exchange occurs at a small

percentage of the design cooling airflow because the temperature differential is greater at reduced airflow. As the airflow across the coil increases, the fluid temperature differential decreases and the heat transfer rate drops off asymptotically as the refrigerant stream approaches the limiting temperature, which in the case of an air-cooled condenser coil, is approximately the temperature of the ambient air.

For example, a 20% reduction in airflow from the design condition will not result in a corresponding 20% decrease in heat transfer. The actual decrease will be considerably less because the temperature differential at the 80% airflow condition is not appreciably greater than the 100% airflow (design) condition and remains considerably less than the temperature differential at, for example, a 50% airflow condition.

**Effect of Hailstone Impacts**

If a coil is damaged by hailstone impacts such that a portion of the fins are bent but the tubes remain intact, the unit can still perform with negligible loss of cooling capacity. The primary reasons include:

- The relationship between the percent of design heat exchange and the percent of design cooling airflow is non-linear, as discussed above;
- Bending multiple discrete areas of fins on the face of the coil will alter the flow pattern of the air across and through the external fins, but will not eliminate it in the damaged areas. The bent fins represent an obstruction to the airflow at the face of the coil, but the coil has depth and the coil face area represents a small fraction of the coil's total heat transfer surface area (the fins on an RTPF or microchannel condenser coil are typically 1-2" deep). Because the bent fins are located on the face of the coil, air will flow around and behind the surface obstruction and regain contact with a portion of the fins behind the surface obstruction. Since the air will find alternate routes across the fin surfaces, a coil with 20% of its face area obstructed, for example, does not lose 20% of its total heat transfer surface or 20% of its heat transfer capacity; the actual loss will be considerably less.

The variables influencing the performance curve of a coil that has experienced hail damage are complex, interrelated, and not easily modeled mathematically. Empirical data has been developed to quantify the specific relationship between condenser coil fin indentations and air-conditioner performance (Sitzmann, et al. 2007). This empirical data is consistent with the non-linear relationship between the percent of design heat exchange capacity and the percent of design cooling airflow, as discussed above. Nelson considers the results of this study when determining the effect of hailstone impacts on a unit's cooling capacity and related mechanical and thermal stresses.

**Unit Cooling Capacity**

The empirical data has shown that when the condenser coil fin indentation distress is limited to 41% or less of the coil's face area, the loss of cooling capacity is negligible (Sitzmann, et al. 2007). The data further shows that the cooling capacity first drops appreciably when indentation distress covers 60% of the total fin area and decreases incrementally, and reaches only a 27% reduction in cooling capacity when the indentation distress covers 100% of the coil's face area. Based on this data, Nelson is of the opinion that when observed condenser coil hail indentations (which are mechanically similar to the fin indentations modeled in the study) are limited to less than 60% of the coil's total face area, the unit cooling capacity is not appreciably affected.

Based on the limited extent of the hail distress on the coil surfaces at the subject structure, it is Nelson's opinion that there has been a negligible, if any, decrease in unit cooling capacity related to the hail indentations that can be attributed to a recent hail event.

**Unit Mechanical and Thermal Stress**

A direct relationship exists between a compressor's thermal and mechanical stress and its refrigerant condensing (head) pressure; a higher condensing pressure results in higher thermal and mechanical stresses. Conversely, an inverse relationship exists between a unit's condensing pressure and its cooling capacity; an increase in condensing pressure results in a decrease in cooling capacity. As discussed above, Sitzmann, et al. have shown that when the coil fin indentation distress is limited to 41% or less of a coil's face area, the loss of cooling capacity is negligible, and the cooling capacity first drops appreciably when indentation distress covers 60% of the fin area. Based on the relationship between cooling capacity and condensing pressure, this data indicates that the condensing pressure and corresponding mechanical and thermal stresses are not appreciably affected when coil fin indentations are limited to less than 60%.

Based on Nelson's estimation of the extent of the hail distress on the subject coil surfaces, it is Nelson's opinion that there have been negligible, if any, increases in condensing pressure and corresponding mechanical and thermal stresses that can be related to recent hail impact distress.

**Condenser Coil Repair**

Multiple variables influence the reparability of a coil that has experienced hail damage:

- The extent, or density, of indentations on a coil surface. A coil surface that exhibits a limited number of indentations is typically a better candidate for repair than a coil that exhibits indentations over its entire surface.

- The characteristics of the indentations. Fins that have been bent or folded are generally easy to repair by straightening, while fins that have been crushed are typically not easily repaired.
- Coil design and construction. A microchannel coil uses folded fins instead of the plate fins in an RTPF coil. A microchannel coil is generally more resistant to hail impact than an RTPF coil because the folded fins are sandwiched between, and partially protected by, the multiple rows of closely-spaced horizontal microchannel extrusions. However, when the folded fins on a microchannel coil are bent, they can be more difficult to straighten.
- The material condition of the fins. Fins that are newer and/or materially sound are more easily repaired by straightening than fins that exhibit corrosion and/or brittleness. Fin corrosion and brittleness are generally the result of the coil being located in a marine/coastal environment or of having been subjected to chemical-based coil cleaning.
- Pre-existing mechanical damage. Pre-existing fin damage such as improper prior fin combing (evidenced by bunching and tearing of fins) or areas of flattened fins caused by mechanical impacts/abrasions or high-pressure power washing can limit the reparability of hailstone indentations superimposed on these damaged areas.

The effectiveness of conventional fin repair methods to restore unit performance has been studied and quantified for typical RTPF condenser coils (Sitzmann, et al. 2007). Where condenser coil hail damage consists of flattened and bent fins, Sitzmann, et al. have shown that the coil can be repaired and the unit's pre-loss performance can be restored by straightening of the individual bent and flattened fins. The purpose of coil fin straightening is to restore both the coil's pre-loss heat transfer surface exposure and the cooling airflow across the coil. Nelson considers these variables and the results of this study when developing its repair recommendations related to hail distress.

Based on the extent and characteristics of the observed hail indentations on the subject coils, and considering the mechanical condition of the coil fins, it is Nelson's opinion that the hail damage on eight of the affected coils can be repaired and the units' pre-loss condition restored by straightening of the individual bent and flattened fins. Nelson successfully straightened representative instances of bent fins with a plastic instrument (**Figures 10** thru **21**). In Nelson's opinion, there is no performance-based reason for condenser coil or unit replacement related to the hailstone impacts on these units. The units with coils that can be repaired by fin straightening are identified in **Table 1** in the **Conclusions and Recommendations** section of this report.



**Figure 10:** Unit 15 north-facing coil, before straightening




**Figure 11:** Unit 15 north-facing coil, after straightening



**Figure 12:** Unit 15 east-facing coil, before straightening



**Figure 13:** Unit 15 east-facing coil, after straightening



**Figure 14:** Unit 21 south-facing coil, before straightening



**Figure 15:** Unit 21 south-facing coil, after straightening



**Figure 16:** Unit 36 south-facing coil, before straightening



**Figure 17:** Unit 36 south-facing coil, after straightening



**Figure 18:** Unit 41 north-facing coil, before straightening



**Figure 19:** Unit 41 north-facing coil, after straightening



**Figure 20:** Unit 50 north-facing coil, before straightening



**Figure 21:** Unit 50 north-facing coil, after straightening

Nelson does not recommend combing of multiple rows of distressed fins on an RTPF coil with a fin combing tool without first straightening the individual fins, as this process can cause bunching and tearing of the individual fins and result in a loss of heat transfer capacity. In Nelson's experience, the bent and flattened fins must first be individually straightened, which can be time consuming.

On five units, the observed hail indentations on exposed coil surfaces can be attributed to one or more hail events prior to the date of loss and are considered pre-existing. No repairs related to a hail event on or around the date of loss are recommended.

## OTHER MECHANICAL EQUIPMENT

Nelson observed limited indentations on one of the GVs and two of the EF aluminum housing covers that are consistent with hail stone impacts (**Figures 22** through **24**). The housing cover serves as a protective shield for the fan motor; the observed indentations related to hail have not distorted or created openings in the housings that would compromise their shielding function, affect fan operation, or reduce the equipment service life. Nelson is of the opinion that the observed indentations related to hail stone impacts have not affected the equipment's pre-loss performance or shortened their service lives and no repairs related to hail are recommended.



**Figure 22:** Unit 13



**Figure 23:** Unit 27



**Figure 24:** Unit 29

# CONCLUSIONS AND RECOMMENDATIONS

Based on observations and analysis, Nelson is of the following opinions related to the mechanical equipment at the subject structure:

- Coil distress consistent with hailstone impacts on or around the reported date of loss was visible on exposed north, east, and west-facing coil surfaces on eight units;
- Coil distress consistent with hail stone impacts on exposed south-facing coil surfaces can be attributed to one or more hail events prior to the date of loss;
- On eight of the units, coil distress that can be attributed to a hail event on or around the reported date of loss can be repaired by straightening the bent and flattened fins on the distressed coils;
- On five of the units, the coil distress can be attributed to one or more hail events prior to the date of loss and is considered pre-existing. No repairs related to a hail event on or around the date of loss are recommended;
- Based on the limited extent of the hail distress, there has been negligible, if any, reduction in unit cooling capacity and negligible, if any, increases in unit condensing pressure and corresponding mechanical and thermal stresses that can be attributed to hailstone impacts;
- The limited indentations on one of the GVs and EFs covers related to hail stone impacts occurred from a hail event on or before the date of loss. These indentations have not affected the equipment's pre-loss performance or shortened their service lives and no repairs related to hail are recommended.

A summary of Nelson's unit observations and repair recommendations is provided in **Table 1** below. Nelson's repair recommendations are limited to distress that can be attributed to a hail event considered recent, based on the distress data and the age of the equipment. Recommendations for distress considered pre-existing, or distress unrelated to hail are beyond the scope of Nelson's assignment and are not included.

**Table 1 –Unit Observations and Repair Recommendations**

| Unit ID | Mfg. | Model Number | Serial Number | Unit Age | Observations and Recommendations |
|---|---|---|---|---|---|
| 1 | York | XP090E09U2KAA 5A | N1F4789019 | 2014 | Expanded metal mesh and hooded hail guards<br>North coil face: <25% hail distress<br>South coil face: No hail distress<br>Total coil distress: <15% hail distress<br>**Straighten bent fins** |
| 2 | Greenheck | GB-14-3X-QD | 85I04064 | - | Exhaust fan<br>No hail indentations<br>**No repair recommendations** |
| 3 | - | - | - | - | Exhaust fan<br>No hail indentations<br>**No repair recommendations** |
| 4 | Rheem | WA1448BJ1NA | W501911330 | 2019 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 5 | Rheem | 13AJM60A01 | 803W3110034 31 | 2010 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 6 | Goodman | GSC130601DC | 1412253568 | 2014 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 7 | York | XP090E09U2KAA 5A | N1F4789018 | 2014 | Expanded metal mesh hail guard<br>North coil face: <5% hail distress<br>South coil face: No hail distress<br>Total coil distress: <5% hail distress<br>**Straighten bent fins** |
| 8 | York | XP090E09U2KAA 5A | N1F4789020 | 2014 | Expanded metal mesh and hooded hail guards<br>North coil face: <5% hail distress<br>South coil face: No hail distress<br>Total coil distress: <5% hail distress<br>**Straighten bent fins** |
| 9 | Goodman | GSC130601DC | 07****9876 | 2007 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 10 | Ruud | UAKA-060CAS | 4991M289806 675 | 1998 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 11 | Frigiking | FD350A | - | - | Evaporative cooler<br>No hail distress<br>**No repair recommendations** |
| 12 | JennFan | JXB15752 | - | 1998 | Exhaust fan<br>No hail indentations<br>**No repair recommendations** |

| Unit ID | Mfg. | Model Number | Serial Number | Unit Age | Observations and Recommendations |
|---|---|---|---|---|---|
| 13 | - | - | - | - | Exhaust fan<br>Limited hail indentations<br>**No repair recommendations** |
| 14 | Frigiking | FD350A | - | - | Evaporative cooler<br>No hail distress<br>**No repair recommendations** |
| 15 | Carrier | 38CKB048510 | 1895E17950 | 1995 | Steel wire hail guard<br>North coil face: <25% hail distress<br>South coil face: <1% hail distress<br>East coil face: <25% hail distress (pre-existing)<br>West coil face: <1% hail distress<br>Total coil distress: <15% hail distress<br>**Straighten bent fins** |
| 16 | Payne | PA13PR048-L | 1715X71712 | 2015 | Steel wire hail guard<br>North coil face: No hail distress<br>South coil face: No hail distress<br>East coil face: No hail distress<br>West coil face: No hail distress<br>Total coil distress: No hail distress<br>**No repair recommendations** |
| 17 | Trane | 4TTA3048D3000 CA | 1411202R3F | 2014 | Louvered hail guards<br>Spiny fin coil<br>No hail distress<br>**No repair recommendations** |
| 18 | Trane | 4TTA3048D3000 CA | 1411206T3F | 2014 | Louvered hail guards<br>Spiny fin coil<br>No hail distress<br>**No repair recommendations** |
| 19 | Carrier | - | - | - | Expanded metal mesh hail guard<br>South coil face: <5% hail distress (pre-existing)<br>East coil face: <25% hail distress (pre-existing)<br>Total coil distress: <15% hail distress<br>**No repair recommendations** |
| 20 | BDP | 558DEX060000A AAA | 0398G21424 | 1998 | Expanded metal mesh hail guard<br>North coil face: <25% hail distress<br>East coil face: <25% hail distress (pre-existing)<br>West coil face: <1% hail distress<br>Total coil distress: <25% hail distress<br>**Straighten bent fins** |

| Unit ID | Mfg. | Model Number | Serial Number | Unit Age | Observations and Recommendations |
|---|---|---|---|---|---|
| 21 | Carrier | 50KC-A06A2A6A0A0A0 | 4517C81398 | 2017 | No hail guards<br>South coil face: <5% hail distress (pre-existing)<br>West coil face: <1% hail distress<br>Total coil distress: <5% hail distress<br>**No repair recommendations** |
| 22 | Carrier | 50DJ008600 | - | - | Expanded metal mesh hail guard<br>South coil face: <5% hail distress (pre-existing)<br>East coil face: <5% hail distress (pre-existing)<br>Total coil distress: <5% hail distress<br>**No repair recommendations** |
| 23 | Carrier | - | - | - | Steel wire hail guard<br>South coil face: <5% hail distress (pre-existing)<br>East coil face: <25% hail distress (pre-existing)<br>Total coil distress: <15% hail distress<br>**No repair recommendations** |
| 24 | York | ZF090C00B4A1AAA1A1 | N1K7118735 | 2017 | Expanded metal mesh and hooded hail guards<br>Microchannel coil<br>East coil face: <1% hail distress<br>West coil face: No hail distress<br>Total coil distress: <1% hail distress<br>**No repair recommendations** |
| 25 | York | ZF060C00N4AAA4A | N1L5108851 | 2015 | Expanded metal mesh and hooded hail guards<br>Microchannel coil<br>North coil face: <1% hail distress<br>South coil face: <1% hail distress<br>West coil face: No hail distress<br>Total coil distress: <1% hail distress<br>**No repair recommendations** |
| 26 | York | ZF120C00D4A1AAA1A1 | N1G6832915 | 2016 | Expanded metal mesh and hooded hail guards<br>Microchannel coil<br>East coil face: No hail distress<br>West coil face: No hail distress<br>Total coil distress: No hail distress<br>**No repair recommendations** |
| 27 | Loren Cook | 80C2B | - | - | Exhaust fan<br>Limited hail indentations<br>**No repair recommendations** |

| Unit ID | Mfg. | Model Number | Serial Number | Unit Age | Observations and Recommendations |
|---|---|---|---|---|---|
| 28 | Trane | TTA090D400AA | 10063L89AD | 2010 | Punched steel hail guards<br>North coil face: <25% hail distress<br>East coil face: No hail distress<br>West coil face: <1% hail distress<br>Total coil distress: <10% hail distress<br>**Straighten bent fins** |
| 29 | Loren Cook | 20PR | - | - | Gravity ventilator<br>Limited hail indentations<br>**No repair recommendations** |
| 30 | Rheem | RACA13060ACT000AA | F451601463 | 2016 | Louvered hail guards<br>Microchannel coil<br>No hail distress<br>**No repair recommendations** |
| 31 | Rheem | RACA13060ACT000AA | F461601578 | 2016 | Louvered hail guards<br>Microchannel coil<br>No hail distress<br>**No repair recommendations** |
| 32 | Rheem | RLKN-B072CL | F421600614 | 2016 | Louvered hail guards<br>Microchannel coil<br>No hail distress<br>**No repair recommendations** |
| 33 | - | - | - | - | Exhaust fan<br>No hail indentations<br>**No repair recommendations** |
| 34 | Rheem | RACA13060ACT000AA | F501600795 | 2016 | Louvered hail guards<br>Microchannel coil<br>No hail distress<br>**No repair recommendations** |
| 35 | Rheem | RLKN-B072CL | F111700944 | 2017 | Louvered hail guards<br>Microchannel coil<br>No hail distress<br>**No repair recommendations** |
| 36 | Hoshizaki | URC-22F | G02498G | 2017 | Condensing unit<br>No hail guard<br>South coil face: <5% hail distress (pre-existing)<br>**No repair recommendations** |
| 37 | Gibson | - | - | - | Condensing unit<br>Punched steel hail guard<br>No hail distress<br>**No repair recommendations** |
| 38 | Goodman | GSX130611AB | 1412067357 | 2014 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 39 | Goodman | GSC130603BB | 1404009834 | 2014 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |

| Unit ID | Mfg. | Model Number | Serial Number | Unit Age | Observations and Recommendations |
|---|---|---|---|---|---|
| 40 | Goodman | GSX130611AB | 1412067293 | 2014 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 41 | - | - | - | - | Condensing unit<br>Steel wire hail guard<br>North coil face: <5% hail distress<br>South coil face: <5% hail distress (pre-existing)<br>East coil face: <1% hail distress<br>Total coil distress: <5% hail distress<br>**Straighten bent fins** |
| 42 | York | YCE48B21SA | W1N6253951 | 2016 | Punched steel hail guard<br>No hail distress<br>**No repair recommendations** |
| 43 | York | ZE060C00A2A1A BA1A1A | N1M6152847 | 2016 | Expanded metal mesh and hooded hail guards<br>Microchannel coil<br>North coil face: No hail distress<br>East coil face: No hail distress<br>Total coil distress: No hail distress<br>**No repair recommendations** |
| 44 | Ameristar | 4TCA4042A1000 AA | 19345FA0FV | 2019 | Expanded metal mesh hail guards<br>Microchannel coil<br>North coil face: No hail distress<br>East coil face: No hail distress<br>Total coil distress: No hail distress<br>**No repair recommendations** |
| 45 | Trane | GBC048A3ELB03 0 | 19452285PA | 2019 | Punched steel hail guards<br>Microchannel coil<br>South coil face: No hail distress<br>East coil face: No hail distress<br>Total coil distress: No hail distress<br>**No repair recommendations** |
| 46 | Rheem | RRNL-B048CK10E | 2G7412ADAAF 241102706 | 2011 | Louvered hail guards<br>No hail distress<br>**No repair recommendations** |
| 47 | Trane | GBC048A3ELB03 0 | 19353268PA | 2019 | Punched steel hail guards<br>Microchannel coil<br>South coil face: No hail distress<br>East coil face: No hail distress<br>Total coil distress: No hail distress<br>**No repair recommendations** |
| 48 | Ventilation Direct | VXB16 | - | 2015 | Exhaust fan<br>No hail distress<br>**No repair recommendations** |
| 49 | Ventilation Direct | VXB16 | - | 2015 | Exhaust fan<br>No hail distress<br>**No repair recommendations** |

| Unit ID | Mfg. | Model Number | Serial Number | Unit Age | Observations and Recommendations |
|---|---|---|---|---|---|
| 50 | Emerson | - | - | 2015 | Condensing unit<br>No hail guard<br>North coil face: <5% hail distress<br>**Straighten bent fins** |
| 51 | Manitowoc | JC0995-261 | 1120100197 | 2015 | Condensing unit<br>No hail guard<br>No hail distress<br>**No repair recommendations** |
| 52 | Ventilation Direct | VA2-G12 | - | 2015 | Makeup air fan<br>No hail distress<br>**No repair recommendations** |
| 53 | Lennox | KGA120S4BH3Y | 5615J07803 | 2015 | Punched steel hail guards<br>Microchannel coil<br>North coil face: <5% hail distress<br>South coil face: No hail distress<br>East coil face: No hail distress<br>Total coil distress: <5% hail distress<br>**No repair recommendations** |
| 54 | Lennox | KGA180S4BS2Y | 5615J02159 | 2015 | No hail guard<br>Microchannel coil<br>West coil face: <1% hail distress<br>East coil face: No hail distress<br>Total coil distress: <1% hail distress<br>**No repair recommendations** |
| 55 | - | - | - | - | Exhaust fan<br>No hail distress<br>**No repair recommendations** |
| 56 | Heatcraft | MOH021L62CF | T15K16975 | 2015 | Condensing unit<br>Hooded hail guard<br>Microchannel coil<br>West coil face: <1% hail distress<br>**No repair recommendations** |
| 57 | Heatcraft | MOH015X62CFMT | T15K09667 | 2015 | Condensing unit<br>No hail guard<br>Microchannel coil<br>East coil face: <1% hail distress<br>**No repair recommendations** |
| 58 | - | - | - | - | Gravity ventilator<br>No hail distress<br>**No repair recommendations** |

# LIMITATIONS

The items observed and documented in this report are intended to be representative of the mechanical equipment at the subject structure as related to Nelson's scope of work. No attempt has been made to document the condition of each and every mechanical element. Only visible items were observed and documented. Unless noted otherwise, equipment operation and testing was not performed by Nelson.

This document is the rendering of a professional service, the essence of which is the provision of advice, judgment, opinion, or professional skill.

This report was prepared in order to document mechanical unit hail distress observed at the subject structure and to evaluate an alleged claim. The opinions presented herein are based on site observations, field information and measurements taken, written and verbal information, and experience and analysis, where applicable. No complete review of this structure's conformance to current or previously applicable building codes was performed.

This report should not be construed as an assessment of total damages to the mechanical equipment at the time of site observation. In addition to the observed and documented items of distress, hidden defects may exist that were not readily visible. Also, some damaged components may have been previously repaired and, unless otherwise noted, were not visible at the time of observation. However, these components may experience future distress. No representation, guarantee, or warranty as to the future performance of the mechanical equipment is made, intended, or implied.

In the event that additional information becomes available that could affect the conclusions reached in this investigation, this office reserves the right to review, and, if required, change some or all of the opinions presented herein.

This report has been prepared for exclusive use of the client and its representatives. No unauthorized re-use or reproduction of this report, in part or whole, shall be permitted without prior written consent.

Alteration of this document in any way by anyone other than the professional whose seal appears on the document, in either hard copy or electronic form, is strictly prohibited and may constitute a violation of state and/or federal laws.

# REFERENCES

American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE). 2008. 2008 ASHRAE Handbook - HVAC Systems and Equipment. Atlanta: ASHRAE.

Building Intelligence Center (BIC). Accessed December 2020. http://www.buildingcenter.org/content/hvac-production-dateage

Google Earth. Accessed December 2020.

Sitzmann, Matthew J., Frank K. Lu, Steve R. Smith. *Hail Effects on Air-Conditioner Performance*. Proceedings of the 2007 ASME International Mechanical Engineering Congress and Exposition (IMECE). November 2007. Seattle: IMECE.

# PHOTOGRAPHS

**Claim No.: 00489674**

**Photo Sheet 1**



1. Unit 1 northeast (x92).



2. Unit 1 north (x93).



3. Unit 1 southwest (x97).

**Claim No.: 00489674**

**Photo Sheet 2**



4. Unit 2 northeast (x05).



5. Unit 2 southwest (x06).



6. Unit 3 northeast (x10).

**Claim No.: 00489674**

**Photo Sheet 3**



7. Unit 3 southwest (x11).



8. Unit 4 northeast (x14).



9. Unit 4 southwest (x15).

**Claim No.: 00489674**

**Photo Sheet 4**



10. Unit 5 northeast (x20).



11. Unit 5 southwest (x21).



12. Unit 6 northeast (x26).

**Claim No.: 00489674**

**Photo Sheet 5**



13. Unit 6 southwest (x27).




14. Unit 7 northeast (x35).



15. Unit 7 north (x36).

**Claim No.: 00489674**

**Photo Sheet 6**



16. Unit 7 southwest (x38).



17. Unit 8 northeast (x45).



18. Unit 8 north (x46).

**Claim No.: 00489674**

**Photo Sheet 7**



19. Unit 8 southwest (x48).



20. Unit 9 northeast (x59).




21. Unit 9 southwest (x60).

**Claim No.: 00489674**

**Photo Sheet 8**




22. Unit 10 northeast (x66).



23. Unit 10 southwest (x67).



24. Unit 11 northeast (x71).

**Claim No.: 00489674**

**Photo Sheet 9**



25. Unit 11 southwest (x72).



26. Unit 12 northeast (x75).



27. Unit 12 southwest (x76).

**Claim No.: 00489674**

**Photo Sheet 10**



28. Unit 13 northeast (x80).



29. Unit 13 southwest (x81).



30. Unit 14 northeast (x84).

**Claim No.: 00489674**

**Photo Sheet 11**



31. Unit 14 southwest (x85).



32. Unit 15 northeast (x88).



33. Unit 15 southwest (x89).

**Claim No.: 00489674**

**Photo Sheet 12**



34. Unit 15 south (x93).



35. Unit 15 west (x95).



36. Unit 15 north (x98).

**Claim No.: 00489674**

**Photo Sheet 13**



37. Unit 15 east (x01).



38. Unit 16 northeast (x04).



39. Unit 16 southwest (x05).

**Claim No.: 00489674**

**Photo Sheet 14**



40. Unit 16 south (x08).



41. Unit 16 east (x09).



42. Unit 16 north (x10).

**Claim No.: 00489674**

**Photo Sheet 15**



43. Unit 16 west (x11).



44. Unit 17 northeast (x12).




45. Unit 17 southwest (x13).

**Claim No.: 00489674**

**Photo Sheet 16**



46. Unit 18 northeast (x17).




47. Unit 18 southwest (x18).



48. Unit 19 northeast (x25).

**Claim No.: 00489674**

**Photo Sheet 17**



49. Unit 19 southwest (x26).



50. Unit 19 south (x27).



51. Unit 19 east (x29).

**Claim No.: 00489674**

**Photo Sheet 18**



52. Unit 20 northeast (x39).



53. Unit 20 southwest (x40).



54. Unit 20 east (x44).

**Claim No.: 00489674**

**Photo Sheet 19**



55. Unit 20 north (x46).



56. Unit 20 west (x48).



57. Unit 21 northeast (x50).

**Claim No.: 00489674**

**Photo Sheet 20**



58. Unit 21 southwest (x51).



59. Unit 21 west (x52).



60. Unit 21 south (x53).

**Claim No.: 00489674**

**Photo Sheet 21**



61. Unit 22 northeast (x57).



62. Unit 22 southwest (x58).



63. Unit 22 south (x59).

**Claim No.: 00489674**

**Photo Sheet 22**



64. Unit 22 east (x61).



65. Unit 23 northeast (x66).



66. Unit 23 southwest (x67).

**Claim No.: 00489674**

**Photo Sheet 23**



67. Unit 23 south (x68).



68. Unit 23 east (x71).



69. Unit 24 northeast (x85).

**Claim No.: 00489674**

**Photo Sheet 24**




70. Unit 24 southwest (x86).



71. Unit 24 east (x89).




72. Unit 25 northeast (x92).

**Claim No.: 00489674**

**Photo Sheet 25**



73. Unit 25 southwest (x93).



74. Unit 25 west (x94).



75. Unit 25 south (x96).

**Claim No.: 00489674**

**Photo Sheet 26**



76. Unit 25 north (x98).



77. Unit 25 top (x00).




78. Unit 26 northeast (x02).

**Claim No.: 00489674**

**Photo Sheet 27**



79. Unit 26 southwest (x03).



80. Unit 26 west (x04).



81. Unit 27 northeast (x09).

**Claim No.: 00489674**

**Photo Sheet 28**



82. Unit 27 southwest (x10).



83. Unit 28 northeast (x16).



84. Unit 28 southwest (x17).

**Claim No.: 00489674**

**Photo Sheet 29**



85. Unit 28 west (x20).



86. Unit 28 north (x22).



87. Unit 28 east (x24).

**Claim No.: 00489674**

**Photo Sheet 30**



88. Unit 29 northeast (x26).



89. Unit 29 southwest (x27).



90. Unit 30 northwest (x31).

**Claim No.: 00489674**

**Photo Sheet 31**




91. Unit 30 northeast (x32).



92. Unit 30 southwest (x33).



93. Unit 31 northeast (x38).

**Claim No.: 00489674**

**Photo Sheet 32**



94. Unit 31 southwest (x39).



95. Unit 32 northeast (x43).



96. Unit 32 southwest (x44).

**Claim No.: 00489674**

**Photo Sheet 33**



97. Unit 33 northeast (x49).



98. Unit 33 southwest (x50).




99. Unit 34 northeast (x53).

**Claim No.: 00489674**

**Photo Sheet 34**



100. Unit 34 southwest (x54).



101. Unit 35 northeast (x59).



102. Unit 35 southwest (x60).

**Claim No.: 00489674**

**Photo Sheet 35**



103. Unit 35 top (x62).



104. Unit 36 northeast (x64).



105. Unit 36 southwest (x65).

**Claim No.: 00489674**

**Photo Sheet 36**



106. Unit 36 south (x66).



107. Unit 37 northeast (x72).




108. Unit 37 southwest (x73).

**Claim No.: 00489674**

**Photo Sheet 37**




109. Unit 38 northeast (x77).



110. Unit 38 southwest (x78).



111. Unit 39 northeast (x82).

**Claim No.: 00489674**

**Photo Sheet 38**




112. Unit 39 southwest (x83).




113. Unit 40 northeast (x87).



114. Unit 40 southwest (x88).

**Claim No.: 00489674**

**Photo Sheet 39**



115. Unit 41 northeast (x92).



116. Unit 41southwest (x93).



117. Unit 41 south (x96).

**Claim No.: 00489674**

**Photo Sheet 40**



118. Unit 41 east (x98).



119. Unit 41 north (x00).



120. Unit 42 northeast (x04).

**Claim No.: 00489674**

**Photo Sheet 41**




121. Unit 42 southwest (x05).



122. Unit 43 northeast (x10).



123. Unit 43 southwest (x11).

**Claim No.: 00489674**

**Photo Sheet 42**



124. Unit 43 east (x14).



125. Unit 43 north (x15).



126. Unit 44 northeast (x26).

**Claim No.: 00489674**

**Photo Sheet 43**



127. Unit 44 southwest (x27).



128. Unit 44 east (x28).



129. Unit 44 north (x29).

**Claim No.: 00489674**

**Photo Sheet 44**



130. Unit 45 northeast (x32).



131. Unit 45 southwest (x33).



132. Unit 45 south (x35).

**Claim No.: 00489674**

**Photo Sheet 45**



133. Unit 45 east (x37).



134. Unit 46 northeast (x40).



135. Unit 46 southwest (x41).

**Claim No.: 00489674**

**Photo Sheet 46**



136. Unit 47 northeast (x47).



137. Unit 47 southwest (x48).



138. Unit 47 south (x51).

**Claim No.: 00489674**

**Photo Sheet 47**



139. Unit 47 east (x53).



140. Unit 48 northeast (x55).



141. Unit 48 southwest (x56).

**Claim No.: 00489674**

**Photo Sheet 48**



142. Unit 49 northeast (x60).



143. Unit 49 southwest (x62).



144. Unit 50 northeast (x64).

**Claim No.: 00489674**

**Photo Sheet 49**



145. Unit 50 southwest (x65).



146. Unit 50 north (x67).



147. Unit 51 northeast (x71).

**Claim No.: 00489674**

**Photo Sheet 50**



148. Unit 51 southwest (x72).



149. Unit 52 northeast (x76).



150. Unit 52 southwest (x78).

**Claim No.: 00489674**

**Photo Sheet 51**



151. Unit 53 northeast (x80).



152. Unit 53 southwest (x81).



153. Unit 53 south (x85).

**Claim No.: 00489674**

**Photo Sheet 52**



154. Unit 53 east (x87).



155. Unit 53 north (x89).



156. Unit 54 northeast (x91).

**Claim No.: 00489674**

**Photo Sheet 53**



157. Unit 54 southwest (x92).



158. Unit 54 west (x93).



159. Unit 55 northeast (x02).

**Claim No.: 00489674**

**Photo Sheet 54**



160. Unit 55 southwest (x03).




161. Unit 56 northeast (x05).




162. Unit 56 southwest (x06).

**Claim No.: 00489674**

**Photo Sheet 55**



163. Unit 56 west (x09).




164. Unit 57 northeast (x10).




165. Unit 57 southwest (x11).

**Claim No.: 00489674**

**Photo Sheet 56**



166. Unit 57 east (x14).



167. Unit 58 northeast (x16).



168. Unit 58 southwest (x17).

*Printed on post-consumer recycled stock.*

**1-877-850-8765**
**www.nelsonforensics.com**

**Telaclaim®** - *Online request for professional services.*